IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

HM FLORIDA-ORL, LLC, )
Plaintiff )
v. ) Case No.6:23-cv-00950 GAP-LHP
THE STATE OF FLORIDA, )
RON DESANTIS, in his official )
And individual capacity as Governor )
Of Florida, MELANIE GRIFFIN, in her )
Official capacity as Secretary of THE )
STATE DEPARTMENT OF BUSINESS )
AND PROFESSIONAL REGULATION, )
STATE OF FLORIDA, )
Defendants. )
_____ )

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, Plaintiff, HM FLORIDA-ORL, LLC, by and through its undersigned counsel, hereby files the following in compliance with Local Rule 3.03 and court order, as follows:

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure:

The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party: HM FLORIDA-ORL, LLC, Gary S. Israel, Esq. Attorney for Petitioner, THE STATE OF FLORIDA, RON DESANTIS, in his official and individual capacity as Governor Of Florida, MELANIE GRIFFIN, in her Official capacity as Secretary of THE STATE DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION, STATE OF FLORIDA.

The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceeding: none.

1. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee: none.

2. The name of each victim, including every other person who may be entitled to restitution: none.

3. Check one of the following:

    ___X___ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

    _____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Respectfully submitted,

*/s/ Gary S. Israel*

Gary S. Israel, P.A
Attorney for Petitioner
Florida Bar No. 270709
121 S. Orange Ave., Ste 1500
Orlando, Florida 32801
P | 407.210.3834
F | 407.425.1616
attorneyisrael@hotmail.com