**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HM FLORIDA-ORL, LLC,

    Plaintiff,

v.                                          Case No:   6:23-cv-950-GAP-LHP

RON DESANTIS, MELANIE GRIFFIN
and STATE OF FLORIDA,

    Defendants

---

**ORDER**

This matter is before the Court on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 6).   Since notice here is practical, the court will treat the Motion as one for Preliminary Injunction under Local Rule 6.02.

Accordingly, it is **ORDERED** that:

(1) Plaintiff shall serve a copy of the Motion and this order on Defendants as soon as practical.

(2) Defendant shall serve their written response to the motion by June 2, 2023; and

(3) The Court will conduct a non-evidentiary hearing on the matter on **June 6, 2023, at 1:30 p.m.** in Courtroom 5A in the Orlando Federal Courthouse Annex, 401 West Central Boulevard, Orlando, Florida.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 23, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party