IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

HM FLORIDA-ORL, LLC, )
Plaintiff )
 )
v. ) Case No.6:23-cv-00950
THE STATE OF FLORIDA, )
RON DESANTIS, in his official )
And individual capacity as Governor )
Of Florida, MELANIE GRIFFIN, in her )
Official capacity as Secretary of THE )
STATE DEPARTMENT OF BUSINESS )
AND PROFESSIONAL REGULATION, )
STATE OF FLORIDA, )
Defendants. )
_____)

DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Plaintiff HM FLORIDA-ORL, LLC, makes the following disclosure:

1. Plaintiff is a closely held LLC and no corporation owns 10% or more of its stock.

2. This case not an actiom based upon diversity.

3. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation limited liability company, subsidiary, conglomerate, affiliate, member and other identifiable and related legal entity that has or might have an interest in the outcome: HM FLORIDA-ORL, LLC, Gary S. Israel, Esq. Attorney for Petitioner, THE STATE OF FLORIDA,RON DESANTIS, in his official and individual capacity as Governor Of Florida, MELANIE GRIFFIN, in her Official capacity as Secretary of THE STATE DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION, STATE OF FLORIDA.

4. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceeding: none.

5. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee: none.

6. The name of each victim, including every other person who may be entitled to restitution: none.

X. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Respectfully submitted,

*/s/ Gary S. Israel*

Gary S. Israel, P.A
Attorney for Petitioner
Florida Bar No. 270709
121 S. Orange Ave., Ste 1500
Orlando, Florida 32801
P | 407.210.3834
F | 407.425.1616
attorneyisrael@hotmail.com
