**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HM FLORIDA-ORL, LLC,

    Plaintiff,

v.       Case No: 6:23-cv-950-GAP-LHP

RON DESANTIS, MELANIE GRIFFIN
and STATE OF FLORIDA,

    Defendants

**ORDER**

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:** **MOTION FOR SPECIAL ADMISSION (Doc. No. 10)**
>
> **FILED:** May 25, 2023
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

> **MOTION:** **MOTION FOR SPECIAL ADMISSION (Doc. No. 11)**
>
> **FILED:** May 25, 2023

**THEREON** it is **ORDERED** that the motion is **GRANTED**.[1]

Brice M. Timmons, Esq. and Melissa J. Stewart, Esq. may specially appear in this case as counsel for Plaintiff.  Attorneys Timmons and Stewart shall immediately begin using the CM/ECF docket system and begin filing electronically.  Counsel must register for a CM/ECF login and password through the website at www.flmd.uscourts.gov under "CM/ECF."  Once registered for CM/ECF and added as counsel of record in this case, counsel will receive the Notification of Electronic Filing [NEF] on all documents.

The Clerk of Court is directed to mail a copy of this Order Attorneys Timmons and Stewart.  Thereafter, the Clerk of Court shall not mail copies of documents filed in this case as counsel of record will receive such documents electronically through CM/ECF.

**DONE** and **ORDERED** in Orlando, Florida on May 26, 2023.

*/s/ Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that neither Motion for Special Admission complies with Local Rule 1.08.  Despite this deficiency, the Court has elected to consider the motions on the merits.  Going forward, however, counsel is cautioned that filings that fail to comply with all Federal Rules of Civil Procedure, Local Rules, and Court Orders may be stricken or summarily denied without further notice.

- 3 -

Copies furnished to:

Counsel of Record
Unrepresented Parties