IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| HM FLORIDA-ORL, LLC, ) <br> Plaintiff ) <br> ) <br> v. ) <br> THE STATE OF FLORIDA, ) <br> RON DESANTIS, in his official ) <br> And individual capacity as Governor ) <br> Of Florida, MELANIE GRIFFIN, in her ) <br> Official capacity as Secretary of THE ) <br> STATE DEPARTMENT OF BUSINESS ) <br> AND PROFESSIONAL REGULATION, ) <br> STATE OF FLORIDA, ) <br> Defendants. ) <br> _____) | Case No.6:23-cv-00950 |

NOTICE OF DESIGNATION OF LEAD COUNSEL

COMES NOW, Plaintiff, HM FLORIDA-ORL, LLC, by and through its undersigned counsel, hereby files this designation of lead counsel in this case.

Lead counsel shall be Brice Timmons, Esq., Donatilaw PLLC, 1554 Union Avenue, Memphis Tennessee 38104, brice@donatilaw.com.

Respectfully submitted,

*Gary S. Israel*

Gary S. Israel, P.A
Attorney for Petitioner
Florida Bar No. 270709
121 S. Orange Ave., Ste 1500
Orlando, Florida 32801
P | 407.210.3834
F | 407.425.1616
attorneyisrael@hotmail.com