IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| HM FLORIDA-ORL, LLC, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 6:23-CV-00950 GAP-LHP |
| THE STATE OF FLORIDA, | ) |
| RON DESANTIS, in his official | ) COMPLAINT FOR VIOLATIONS OF THE |
| and individual capacity as Governor | ) CIVIL RIGHT ACT OF 1871, 42 U.S.C. |
| of Florida, MELANIE GRIFFIN, in her | ) Section 1983 |
| official capacity as Secretary of THE | ) |
| STATE DEPARTMENT OF BUSINESS | ) |
| AND PROFESSIONAL REGULATION, | ) |
| STATE OF FLORIDA, | ) |
|     Defendants. | ) |
| | ) |

## PLAINTIFF'S COUNSEL'S MOTION TO APPEAR VIRTUALLY FOR JUNE 6, 2023 HEARING

**COMES NOW**, undersigned counsel for Plaintiff, HM FLORIDA-ORL, LLC, and requests permission to appear virtually at the June 6, 2023 hearing at 1:30 pm. As grounds, counsel would state:

### I. NATURE OF THE ACTION

1. This action is brought under 42 U.S.C. Section 1983 and is premised on the First and Fourteenth Amendments to the United States Constitution.

### II. HEARING ON JUNE 6, 2023

2. This Court has set a non evidentiary hearing on Plaintiff's motion for temporary restraining order.

### III. FACTUAL ALLEGATIONS

3. Undersigned counsel is the original attorney for Plaintiff, having filed the Verified Complaint and Motion for Temporary Restraining Order.

4. Counsel is scheduled for surgery to replace his knee on June 2, 2023.

5. Counsel will be unable to travel or appear on behalf of clients for a few weeks following the surgery, while he recovers.

6. Counsel wishes to stay abreast of the proceedings as counsel for Plaintiff. If he is able to hear the court proceedings on June 6th. He is not intended to argue on behalf of Plaintiff, make argument to the court, or represent Plaintiff at the hearing.

7. A court order will be required to set up the technical aspects of this request.

8. No party will be prejudiced by counsel's listening to the proceedings.

9. Even though Defendants have been served, no attorney has made an appearance for Defendants as of the date and time of this motion.

WHEREFORE, counsel requests permission to listen in on the proceedings on June 6, 2023.

5-31-2023

Respectfully submitted,

_Gary S. Israel_
Gary S. Israel, Esq. 270709
121 S. Orange Avenue, Suite 1500
Orlando, Florida 32801
407 210-3834
attorneyisrael@hotmail.com

gsi55@hotmail.com
Counsel for Plaintiff