## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### MIDDLE FLORIDA District of Florida

Case Number: 6:23-CV-00950-GAP-LHP

Plaintiff:
HM FLORIDA-ORL, LLC

vs.

Defendant:
THE STATE OF FL., RON DESANTIS, in his Official and individual capacity as Governor of FL; MELANIE GRIFFIN, as Secretary of THE STATE DEPT, .OF BUSINESS and PROFESSIONAL REGULATIONS

For:
Gary S. Israel, Esquire
Gary S. Israel, P.A.
121 S. Orange Ave.
The Plaza Suite 1500
Orlando, FL 32801

Received by ALLIANCE PROCESS, INC. on the 24th day of May, 2023 at 4:41 pm to be served on MELANIE GRIFFIN, 2601 BLAIRSTONE ROAD, TALLAHASSEE, FL 32399.

I, SABRITA THURMAN-NEWBY, do hereby affirm that on the 25th day of May, 2023 at 12:45 pm, I:

CORPORATE: served by delivering a true copy of the SUMMONS IN A CIVIL ACTION; VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF; PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION WITH INCORPORATED MEMORANDUM OF LAW with the date and hour of service endorsed thereon by me, to: CHELSEA DURDEN as GENERAL COUNSEL for the Registered Agent of MELANIE GRIFFIN at the address of: 2601 BLAIRSTONE ROAD, TALLAHASSEE, FL 32399, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 30+, Sex: F, Race/Skin Color: WHITE, Height: 5'0", Weight: 180, Hair: BROWN, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

SABRITA THURMAN-NEWBY
Certified Process Server #236

ALLIANCE PROCESS, INC.
P.O. BOX 547388
ORLANDO, FL 32854
(407) 298-5811

Our Job Serial Number: SEB-2023002218

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k