## RETURN OF SERVICE

State of Florida      County of MIDDLE FLORIDA      UNITED STATES DISTRICT Court

Case Number: 6:23-CV-00950-GAP-LHP

Plaintiff:
HM FLORIDA-ORL, LLC

vs.

Defendant:
THE STATE OF FL., RON DESANTIS, in his Official and Individual capacity as Governor of FL; MELANIE GRIFFIN, as Secretary of THE STATE DEPT, .OF BUSINESS and PROFESSIONAL REGULATIONS

For:
Gary S. Israel, Esquire
Gary S. Israel, P.A.
121 S. Orange Ave.
The Plaza Suite 1500
Orlando, FL 32801

Received by ALLIANCE PROCESS, INC. on the 24th day of May, 2023 at 4:42 pm to be served on STATE OF FLORIDA C/O SECRETARY OF STATE, 500 S. BRONOUGH STREET, TALLAHASSEE, FL 32399.

I, SABRITA THURMAN-NEWBY, do hereby affirm that on the 25th day of May, 2023 at 2:35 pm, I:

SECRETARY OF STATE: by delivering a true copy of the SUMMONS IN A CIVIL ACTION; VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF; PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION WITH INCORPORATED MEMORANDUM OF LAW with the date and hour of service endorsed thereon by me, to: JON MORRIS of the State of Florida, as the designated agent to accept service of process for and on behalf of the within name defendant: STATE OF FLORIDA C/O SECRETARY OF STATE C/O FLORIDA SECRETARY OF STATE PER F.S. 48.161at 500 S. BRONOUGH STREET, TALLAHASSEE, FL 32399 and at the same time delivering into the hand of said Secretary of State in his above mentioned official capacity the sum of $8.75 as provided by FS 48.161.

Description of Person Served: Age: 45+, Sex: M, Race/Skin Color: WHITE, Height: 5'10", Weight: 170, Hair: BROWN, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

SABRITA THURMAN-NEWBY
Certified Process Server #236

ALLIANCE PROCESS, INC.
P.O. BOX 547388
ORLANDO, FL 32854
(407) 298-5811

Our Job Serial Number: SEB-2023002219