# Exhibit B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| HM FLORIDA-ORL, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>THE STATE OF FLORIDA; RON DESANTIS, in his official and individual capacity as Governor of Florida; and MELANIE GRIFFIN, in her official capacity as Secretary of the Department of Business and Professional Regulation, State of Florida,<br><br>    Defendants. | Case No. 6:23-cv-00950 |

**DECLARATION OF DANIEL BRACKETT**

I, Daniel Brackett, make this declaration based on my personal knowledge and if called to testify, I could and would do so competently as follows:

1. I serve as the Department of Business and Professional Regulation's Deputy General Counsel for Business. In this capacity, I oversee the prosecutorial team that reviews investigative reports containing possible licensure law violations for the Division of Alcoholic Beverages and Tobacco and the Division of Hotels and Restaurants, both of which are housed within the Department of Business and Professional Regulation. These prosecutors look to determine whether clear and convincing evidence exists demonstrating that a licensee violated an applicable provision of the licensure law.

2. Under Fla. Stat. § 561.29(1)(a), the Division of Alcoholic Beverages and Tobacco of the Department of Business and Professional Regulation has

1

authority to revoke or suspend the alcoholic beverage license of any person holding such a license who violates "any of the laws of this state or the United States."

3. Under Fla. Stat. § 509.261(1), the Division of Hotels and Restaurants of the Department of Business and Professional Regulation also has authority to revoke or suspend the food service license "[a]ny public lodging establishment or public food service establishment that has operated or is operating in violation of this chapter or the rules of the division."

4. In the last year, the Department has performed tens of thousands of investigations and inspections concerning potential violations of Florida licensure law by alcoholic beverage licensees and food service licensees.

5. The investigations into violations of law range widely among different types of establishments and activities and are not limited to venues which host drag performances.

6. The Department does not target drag shows or any other particular kind of live performance in determining whether a particular licensee may have violated state or federal law.

7. The Department has recently filed three administrative complaints against establishments hosting drag shows containing sexually explicit content which minors were allowed to attend. *See* Exs. C–E.

8. At the same time, the Department has investigated other establishments that host drag shows and determined that they do not violate any laws.

9. The performances prompting the complaints in each of these three cases differ significantly from the performances described by Plaintiff HM FLORIDA-ORL, LLC in its complaint as typical of its establishment, Hamburger Mary's. *See* Ex. C, ¶¶ 5–20; Ex. D, ¶¶ 5–12; Ex. E, ¶¶ 6–13.

10. For example, the administrative complaint against R House (Att. 1) details an incident in which "what appears to be a transgender dancer [was] leading a young girl by the hand and walking through [the] dining area," with "buttocks . . . fully exposed," his "'g-string bikini bottom . . . stuffed with dollar bills—a practice that is commonly known to occur at so-called strip clubs." Ex. C, ¶ 6–7 ."The dancer's breasts—unmistakably female in appearance—were also fully exposed except for the nipples and areolae, which were covered in adhesive 'pasties.' The young girl in the video appeared to be between three and five years old, and she was holding at least one dollar bill in her hand." Ex. C, ¶ 7.

11. The administrative complaint against Hyatt Regency (Att. 2) describes a show called "A Drag Queen Christmas" at which minors were allowed to attend, in which performers "forcibly penetrat[ed] or rubb[ed] their exposed prosthetic female breasts against the faces or oral cavities of audience members," "intentially expos[ed] performers' prosthetic female breasts and genitalia to the audience," and "simulat[ed] masturbation through performers' digitally penetrating prosthetic female genital." The show also displayed "graphic depictions of childbirth and/or abortion." Ex. D, ¶ 10.

3

12.     The administrative complaint against the Orlando Philharmonic Plaza Foundation also describes a performance of "A Drag Queen Christmas," with minors present, featuring similar events. Ex. E, ¶¶ 10–11.

I declare under penalty of perjury under the laws of the United States of America, including 28 U.S.C. § 1746, that the foregoing is true and correct.

_____
Daniel Brackett
Deputy General Counsel
Department of Business and Professional
   Regulation

Dated:  June 2, 2023