# Exhibit C

**FILED**
Department of Business and Professional Regulation
Senior Deputy Agency Clerk
CLERK: Brandon Nichols
Date:   7/26/2022
File #:

STATE OF FLORIDA
DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION,
DIVISION OF ALCOHOLIC
BEVERAGES AND TOBACCO,

     Petitioner,

v.

R HOUSE, INC.,
d/b/a R HOUSE,

     Respondent.

_____/

Case No.:  2022-035976

## ADMINISTRATIVE COMPLAINT

Petitioner, the Department of Business and Professional Regulation, Division of Alcoholic Beverages and Tobacco ("Petitioner" or "Division"), files this Administrative Complaint ("Complaint") against R House, Inc., d/b/a R House ("Respondent"), and alleges as follows:

1.    Petitioner is the state agency charged with regulating alcoholic beverages and tobacco pursuant to chapters 210, 561-565, and 567-569, Florida Statutes.

2.    At all times material to this Complaint, Respondent was the holder of an alcoholic beverage license in the State of Florida, having been issued license number BEV2326662, Series 4COP Quota, which is in Current, Active status.

3.    Respondent's address of record is at 2727 NW 2nd Avenue, Miami, Florida 33127.

4.     Respondent is licensed with the Division as a vendor of alcoholic beverages, pursuant to section 565.02(1)(b)-(f), Florida Statutes. Respondent also holds a food service license with the Department of Business and Professional Regulation, Division of Hotels and Restaurants.

5.     On or about July 3, 2022, a nearly nude dancer was filmed parading a young girl through the audience on Respondent's licensed premises. The video was widely circulated on the Internet and through social media, and it elicited public outrage. *See* **Exhibit 1** (Daily Mail article); **Composite Exhibit 2** (screenshots of video).

6.     The video shows what appears to be a transgender dancer leading a young girl by the hand and walking through Respondent's dining area. Respondent's "R House" logo appears above the door behind the dancer and the young girl. *See* Exhibit 2.

7.     The dancer's buttocks were fully exposed, and his "g-string"-style bikini bottom was stuffed with dollar bills—a practice that is commonly known to occur at so-called strip clubs. The dancer's breasts—unmistakably female in appearance—were also fully exposed except for the nipples and areolae, which were covered in adhesive "pasties." The young girl in the video appeared to be between three and five years old, and she was holding at least one dollar bill in her hand. *Id.*

8.     Following the foregoing incident, the Division learned that Respondent advertises and offers a "Drag Show Brunch" ("the Brunch") on Saturdays and Sundays, from approximately 11:30 a.m. until approximately 2:30 p.m. *See* **Composite Exhibit 3** (screenshot of video titled "R House Drag Brunch 2017 Promo" and posted on YouTube by user "R House Wynwood" on February 13, 2022; screenshot of Respondent's website).[1] On information and belief, Respondent

---

[1] The video is available at https://www.youtube.com/watch?v=0dtjiEFSlos.

has been offering the Brunch since approximately 2017. *See id.* The Division recently learned that young children attend the Brunch.

9.      The predominant feature of the Brunch is that male performers dress in traditionally female clothing and perform dances while brunch is served. The clothing and dances typically are sexually suggestive and sometimes sexually explicit—consistent with what one would observe at an adult-themed nightclub.

10.     Respondent is aware that young children attend the Brunch, as evidenced by Respondent's "Kids Brunch" menu that is incorporated into its Brunch menu. *See* **Exhibit 4**; *see also* https://www.rhousewynwood.com/menu. Specifically, the Brunch menu advertises a "Kids Brunch" for children "up to 12 years of age" and allows the "choice of any 2 items from above selection, soft drinks <u>and of course our fabulous show</u>." *Id.* (emphasis added).

11.     In other words, Respondent is not merely aware that young children attend the Brunch, but specifically markets the Brunch performances to young children or to families with young children.

12.     The sexualized nature of the Brunch performances is pervasive. For example, one of Respondent's social media advertisements announces that "our dancers do the MOST to entertain you" and depicts simulated sexual activity on the licensed premises, in full view of the Brunch guests. *See* **Exhibit 5**.[2] Another social media video recorded on the licensed premises shows a man lying on the ground while a Brunch performer wearing only a bikini dances directly above his face and a third person "makes it rain" by throwing dollar bills at them. *See* **Exhibit 6**.[3]

---

[2] This video is available at
https://www.tiktok.com/@rhousewynwood/video/7003784659771329798.

[3] This video is available at https://www.tiktok.com/@pao_miami/video/6993757474578894086.

13.     Similarly, on Saturday, July 9, 2022, a Division investigator visited Respondent's licensed premises and observed a presumably male dancer performing in the center of the dining room. The dancer wore revealing women's clothing and gyrated on a raised platform while "pole dancing" and waving a handful of dollar bills in the air. The investigator recorded the event on video, and a true and correct screenshot of the video is attached as **Exhibit 7**.

14.     The full exposure of female breasts (or breasts that are unmistakably female in appearance) except for the use of small "pasties" also occurs during the Brunches. Respondent itself has posted at least one such video on social media. Specifically, a promotional video posted on YouTube by user "R House Wynwood" on February 13, 2022, shows a Brunch performer removing their bikini top to reveal female breasts covered only in small blue "pasties" while dollar bills hang out of the bikini bottoms. *See* **Exhibit 8**.[4] Another social media video recorded on the licensed premises shows a Brunch performer with fully exposed breasts (except for orange "pasties") walking among Respondent's guests and accepting dollar bills from them. The video is captioned "Brunch at R House in Miami is a whole mood" and includes the statement "If you know, you know @rhousewynwood." *See* **Exhibit 9**.[5]

15.     Finally, numerous videos on social media (and several taken recently by Division investigators) demonstrate that young children often attend and observe the Brunch performances.

16.     As just one example of many, a 35-minute video posted on YouTube by user "Simply Shandrell" on September 14, 2021, shows a series of lewd Brunch performances—many of which occurred several feet from a young girl who appears to be no more than ten years old.

---

[4] This video is available at https://www.youtube.com/watch?v=dcQilnycpNY.

[5] This video is available at https://www.tiktok.com/@torrean_/video/7101894648842554666.

*See* **Composite Exhibit 10**.[6] Among other performances the child observed that day, a dancer gyrated in front of her while wearing a skintight red outfit with a hole cut directly between his buttocks. *Id.*

17.     Another social media video recorded on the licensed premises (posted on TikTok by user "skywalkermommy" and tagging "#rhousewynwood" and "#dragbrunch") shows a male Brunch performer dressed as a woman and dancing with a young boy who appears to be between the ages of three and five years old. *See* **Exhibit 11**.[7] Similarly, a video recorded on the licensed premises and posted on YouTube as a YouTube "short" video shows another male Brunch performer dressed as a woman and dancing with a young boy who appears to be no older than ten. *See* **Exhibit 12**.[8] And another video recorded on the licensed premises shows another young girl— who appears to be no more than five or six years old—observing a Brunch performance. *See* **Exhibit 13**.[9]

18.     On Sunday, July 17, 2022, a Division investigator visited Respondent's licensed premises and observed another young girl in attendance at the Brunch. The child, who appeared to be less than ten years old, was sitting with a pink laptop or iPad and was facing the center of the dining-room area where the Brunch performances occur. A redacted screenshot of the investigator's video is attached hereto as **Exhibit 14**.

19.     Shortly thereafter, the investigator observed a Brunch performer dancing at a table that was located mere steps from the child. The dancer wore a skintight yellow outfit with cutouts

---

[6] This video is available at https://www.youtube.com/watch?v=0Q6SbVrCfVI.

[7] This video is available at
https://www.tiktok.com/@skywalkermommy/video/7109867583339285803.

[8] This video is available at https://www.youtube.com/shorts/XXtsWYCEq-k.

[9] This video is available at https://www.youtube.com/watch?v=IG2nAm8mU_Q.

where bikini straps ordinarily would be, and the guests at the table waved dollar bills at him. The young child remained seated at the nearby table and witnessed this performance. *Id.*

20.     On Saturday, July 23, 2022, a Division investigator visited Respondent's licensed premises and again observed a young girl in attendance at the Brunch. The child, who appeared to be between the ages of ten and twelve, was seen recoiling and turning away in her seat as a Brunch performer climbed on the back of the child's bench, squatted, and gyrated a couple of feet above the child's head. Redacted screenshots of the investigator's video are attached hereto as **Composite Exhibit 15**.

<u>COUNT ONE</u>

21.     Petitioner re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 20 as though fully set forth herein.

22.     Section 561.29(1)(c), Florida Statutes, provides that

>   (1)   The division is given full power and authority to revoke or suspend the license of any person holding a license under the Beverage Law, when it is determined or found by the division upon sufficient cause appearing of:
>
>   (c)   Maintaining a nuisance on the licensed premises.

23.     "A person who erects, establishes, continues, maintains, owns, or leases" a building "or place that . . . becomes manifestly injurious to the morals or manners of the people as provided in s. 823.01" "is deemed to be maintaining a nuisance." § 823.05(1)(a), Fla. Stat. (2021).[10] Similarly, any such place is "declared a nuisance" under the statute. *Id.*

---

[10] Section 823.01 provides, in pertinent part, that "[a]ll nuisances that tend to annoy the community, injure the health of the citizens in general, or corrupt the public morals are misdemeanors of the second degree[.]"

24.     The Florida Supreme Court has recognized that "men impersonating women" in the context of "suggestive and indecent" performances constitutes a public nuisance. *Fed. Amusement Co. v. State ex rel. Tuppen*, 32 So. 2d 1, 2 (Fla. 1947).

25.     Respondent not only promotes and hosts such performances on the licensed premises, but has done so repeatedly in the presence of young children. Such performances are nuisances within the scope of sections 823.01 and 823.05, Florida Statutes.

26.     Moreover, even if the Brunch performers were biological women, the nature of the performances described above (and shown in the attached exhibits) would still constitute a public nuisance—particularly where young children are present.

27.     Accordingly, Respondent has maintained a nuisance on the licensed premises, and its license is subject to revocation.

<div align="center">COUNT TWO</div>

28.     Petitioner re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 20 as though fully set forth herein.

29.     Section 561.29(1)(a), Florida Statutes, provides in pertinent part that

> (1)   The division is given full power and authority to revoke or suspend the license of any person holding a license under the Beverage Law, when it is determined or found by the division upon sufficient cause appearing of:
>
> (a)     Violation by the licensee or his or her or its agents, officers, servants, or employees, on the licensed premises, or elsewhere while in the scope of employment, of any of the laws of this state . . . or permitting another on the licensed premises to violate any of the laws of this state . . . .

30.     Section 796.07(2)(a) prohibits the operation of "any place, structure, building, or conveyance for the purpose of lewdness[.]" Under this statute, lewdness is defined as "any indecent or obscene act." § 796.07(1)(b), Fla. Stat. (2021).

<div align="center">Page 7 of 11</div>

31.     The performances and simulated sexual activity described above (and shown in the attached exhibits)—particularly when conducted in the presence of young children—constitutes lewd activity and warrants revocation of Respondent's license. *See Hoskins v. Dept. of Bus. Reg., Div. of Alcoholic Beverages & Tobacco*, 592 So. 2d 1145 (Fla. 2d DCA 1992) (lap dances that included "simulated sexual activity" and physical contact were lewd within the meaning of section 796.07(2)(a) and therefore justified revocation of alcoholic beverage license).

<div align="center">COUNT THREE</div>

32.     Petitioner re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 20 as though fully set forth herein.

33.     Section 561.29(1)(a), Florida Statutes, provides in pertinent part that

> (1)   The division is given full power and authority to revoke or suspend the license of any person holding a license under the Beverage Law, when it is determined or found by the division upon sufficient cause appearing of:
>
> (a)     . . . engaging in or permitting disorderly conduct on the licensed premises . . . .

34.     Florida's disorderly conduct statute prohibits "such acts as are of a nature to corrupt the public morals, or outrage the sense of public decency." § 877.03, Fla. Stat. (2021).

35.     The nature of the performances described above, particularly when conducted in the presence of young children, corrupts the public morals and outrages the sense of public decency. *See McGuire v. State*, 489 So. 2d 729, 732 (Fla. 1986) ("the terms 'public decency' and 'corrupt the public morals' are terms of general understanding and . . . anyone of common intelligence would be perfectly aware that such public exposure [of female breasts] was prohibited") (citing *State v. Magee*, 259 So.2d 139, 140 (Fla. 1972)).

36.     Respondent has permitted these performances to occur in the presence of young children and has thereby permitted disorderly conduct on its licensed premises. Accordingly, its license is subject to revocation.

## COUNT FOUR

37.     Petitioner re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 20 as though fully set forth herein.

38.     Section 561.29(1)(a), Florida Statutes, provides in pertinent part that

> (1)   The division is given full power and authority to revoke or suspend the license of any person holding a license under the Beverage Law, when it is determined or found by the division upon sufficient cause appearing of:

> (b)     Violation by the licensee or his or her or its agents, officers, servants, or employees, on the licensed premises, or elsewhere while in the scope of employment, of any of the laws of this state . . . or permitting another on the licensed premises to violate any of the laws of this state . . . .

39.     Section 800.03, Florida Statutes, prohibits unlawful exposure of sexual organs. Specifically, it provides that "exposing or exhibiting . . . sexual organs in public or on the private premises of another . . . in a vulgar or indecent manner" is unlawful. § 800.03(1)(a), Fla. Stat. (2021). *Cf.* § 847.001(9), Fla. Stat. (2021) (defining "nudity" in part as "the showing of the human male or female genitals, pubic area, or buttocks with less than a fully opaque covering; or the showing of the female breast with less than a fully opaque covering of any portion thereof below the top of the nipple"). The indecent-exposure statute creates an exception whereby "a mother breastfeeding her baby" does not violate the statute, thereby establishing that female breasts are otherwise "sexual organs" within the meaning of the statute.

40.     Respondent has repeatedly permitted its performers to violate Section 800.03 on the licensed premises by allowing them to expose their breasts (covered only by small "pasties")

during the course of their performances and in front of young children. *See* Exhibits 4, 8, 9.

Accordingly, Respondent's license is subject to revocation.

WHEREFORE, Petitioner respectfully requests that the Division enter a Final Order

(1) finding that Respondent has maintained a nuisance on the licensed premises or otherwise

allowed its agents, employees, or other persons to violate the laws of Florida on the licensed

premises, and (2) revoking Respondent's alcoholic beverage license.


Signed on this 26th day of July, 2022.

MELANIE S. GRIFFIN, Secretary
Department of Business and
Professional Regulation


By:   */s/ Megan Kachur*
Megan Kachur
Chief Attorney
Florida Bar No. 100553
Megan.Kachur@myfloridalicense.com
Department of Business and
Professional Regulation
Office of the General Counsel
Division of Alcoholic Beverages and
Tobacco
2601 Blair Stone Road
Tallahassee, Florida 32399-2202
Telephone:  (850) 717-1050
Facsimile:   (850) 921-7800

Case No.: 2022-035976

## NOTICE OF RIGHTS

Please be advised that mediation under section 120.573, Florida Statutes, is not available for administrative disputes involving this type of agency action.

Please be advised that Respondent has the right to request a hearing to be conducted in accordance with sections 120.569 and 120.57, Florida Statutes, to be represented by counsel or other qualified representative, to present evidence and argument, to call and cross-examine witnesses and to have subpoenas and subpoenas duces tecum issued on his or her behalf if a hearing is requested. Any request for an administrative proceeding to challenge or contest the charges contained in the administrative complaint must conform to Rule 28-106.2015, Florida Administrative Code. Rule 28-106.111, Florida Administrative Code, provides in part that if Respondent fails to request a hearing within 21 days of receipt of an agency pleading, Respondent waives the right to request a hearing on the facts alleged.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a complete copy of the foregoing document was served by:

☐   PERSONAL SERVICE                         Date of Service _____
      Location of Service
      Street Address                          _____
      City, State, Zip Code                   _____

                      Service By    Print    _____

                                    Sign     _____

                      Received By   Print    _____

                                    Sign     _____


☒   CERTIFIED MAIL (*Attach Receipt*)        Date Mailed __July 27, 2022__
      Certified Mail #          __7007 0220 0000 0201 6706__
                                __7007 0220 0000 0201 6690__

Page 11 of 11

**SENDER: COMPLETE THIS SECTION**

**COMPLETE THIS SECTION ON DELIVERY**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _____  ☐ Agent
                          ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

1. Article Addressed to:

Jane Muir & Associates, P.A.
1900 North Bayshore Drive,
Suite 1A
Miami, FL 33132

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7007 0220 0000 0201 6706

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE**

**CERTIFIED MAIL**

7007 0220 0000 0201 6706

**U.S. Postal Service** ™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | 2022-035976 |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage | | |

Sent To
Jane Muir & Associates, P.A.
Street, Apt. No.; or PO Box No.
1900 North Bayshore Drive,
Suite 1A
City, State, ZIP+4
Miami, FL 33132

PS Form 3800, August 2006   See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

R House, Inc.
D/B/A R House
2727 NW 2nd Avenue
Miami, FL 33127

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7007 0220 0000 0201 6690

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

2022-035976

Postmark
Here

Total Postage

Sent To
R House, Inc.
D/B/A R House
Street, Apt. No
or PO Box No. 2727 NW 2nd Avenue
City, State, ZIP Miami, FL 33127

PS Form 3800, August 2006     See Reverse for Instructions

7007 0220 0000 0201 6690

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7/11/22, 9:31 AM                    Fury erupts over video little girl R House Wynwood Miami led strutting drag queen with huge breasts | Daily Mail Online

**Privacy Policy | Feedback**   [f Follow 21.7M]                    **Monday, Jul 11th 2022** 7AM 82°F ☀ 10AM 88°F ☀ **5-Day Forecast**

# Daily **Mail**
.com                                                                                      **News**

| Home | U.K. | **News** | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Shop | DailyMailTV |

Latest Headlines | Russia-Ukraine War | Covid-19 | Women's Rights | Joe Biden | Donald Trump | Prince Harry | World News | Most read                    Login

ADVERTISEMENT

$111.79          $201.25          $8.64          $341.89          $479

## 'These people belong in jail!' Fury erupts over video of little girl being led by strutting drag queen with exposed breasts

| ◉ Site ○ Web | Enter your search | 🔍 | **Search** |

- Video has been posted of a drag queen walking hand in hand with a little girl
- 16 second clip was filmed at a drag queen brunch in Wynwood, Miami
- Footage has sparked outrage online with one pundit demanding that the drag queen involved be arrested and that Governor Ron DeSantis step in

ADVERTISEMENT



Big news comes in small packages

Walgreens
_70|_Photo

By JAMES GORDON FOR DAILYMAIL.COM ✔
**PUBLISHED:** 22:43 EDT, 3 July 2022 | **UPDATED:** 00:40 EDT, 4 July 2022

        **325** shares    ❤**495** View comments

Internet users have condemned a clip showing a tiny child being led by the hand by a drag queen with huge exposed boobs during an event at a Miami bar.

The 16 second video sees the young girl, who appears to be aged between two and four, dressed in a tiara as she parades with a woman in skimpy clothing.

That performer - who appears to be a transgender woman - proudly displays gigantic boobs, with her nipples covered with pasties while wearing lingerie stuffed with dollar bills.

Daily **Mail**.com

| f Follow Daily Mail | You Tube Subscribe Daily Mail |
| 🔘 Follow @DailyMail | |
| 🐦 Follow @dailymailuk | |


EXHIBIT 1



https://www.dailymail.co.uk/news/article-10979095/Fury-erupts-video-little-girl-R-House-Wynwood-Miami-led-strutting-drag-queen-huge-breasts.html...   1/47

7/11/22, 9:31 AM                    Fury erupts over video little girl R House Wynwood Miami led strutting drag queen with huge breasts | Daily Mail Online



She parades around the R House Wynwood in a TikTok video shared by a user called nononoie, who wrote: 'Children belong at drag shows!!!! Children deserve to see fun & expression & freedom.'

It's unclear when the clip was shot, who the performer is - and how nononoie is related to the girl being filmed.



Shocking TikTok of a child walking in a drag queen show

Watch the full video

0:00 / 0:16

She has made her TikTok private, likely after receiving a tidal wave of condemnation over the clip.

The clip appeared to irk Christian conservative pundit Lauren Chen who angrily tweeted: 'These people belong in jail. This is a hill I'm willing to die on.'

'Cheering on absolute depravity to make their own degeneracy seem tame by comparison - we know the venue where this happened... Is anyone going to do anything about it???' she asked on Twitter.

Plenty of users agreed with Chen who has posted several times in the past about such 'disturbing' events.

**FEMAIL TODAY**

▶ Icons unite! Dame Helen Mirren, 76, teams up with Drew Barrymore, 47, Mariah Carey, 52, and Sharon Stone, 64, for ultra glam snap


▶ Kris Jenner, 66, sports a stunning bright green floral gown as she steps off yacht with beau Corey Gamble, 41, on fashion-filled getaway to Sicily


▶ Amal Clooney, 44, stuns in green sequin dress while stepping out with husband George Clooney in Lake Como


▶ 'I'm fully aware of my breast size and am not scared of it': Florence Pugh calls out 'vulgar' men for critiquing her 'tiny t**s' after she wore a nipple-baring gown


▶ Izabel Goulart looks incredible in yellow crocheted miniscule bikini as she poses up a storm in Mykonos during holiday with fiancé Kevin Trapp


▶ Want longer and stronger hair? See the incredible Before and After photos posted by real women after using Hairburst shampooo and vitamins - and there's a Buy One, Get One Free sale
PROMOTED


ADVERTISEMENT



▶ Novak Djokovic celebrates Wimbledon win at Champions Dinner with wife Jelena after he promised to get her flowers for their anniversary


Iggy Azalea works her famous curves in a skintight catsuit with cut-outs at the Long

https://www.dailymail.co.uk/news/article-10979095/Fury-erupts-video-little-girl-R-House-Wynwood-Miami-led-strutting-drag-queen-huge-breasts.html...    2/47

Case 6:23-cv-00950-GAP-LHP   Document 21-3   Filed 06/02/23   Page 17 of 72 PageID 213

7/11/22, 9:31 AM                Fury erupts over video little girl R House Wynwood Miami led strutting drag queen with huge breasts | Daily Mail Online



Video has been posted of a drag queen walking hand in hand with a little girl


▶ Beach Pride Festival


▶ Sharon Stone, 64, looks glamorous in a gold corset and billowing blue trousers as she poses for an outdoor shoot in Sicily

▶ Kylie Jenner shows off her gorgeous curves in a racy black PVC mini dress as she steps out with beau Travis Scott for date night at Craig's

▶ Summer wedding! Eddie Murphy's eldest daughter Bria ties the knot with Michael Xavier in a gorgeous Beverly Hills ceremony in front of 250 guests

ADVERTISEMENT


SWITCH TO BTC AND GET 2 MONTHS FREE INTERNE

Daily Mail.com


▶ 'The support in the tummy area is incredible!' Save 40% on this new 'ultra comfortable' shapewear that will stay in place without rolling - now just $15.99 as an early Prime Day deal

7/11/22, 9:31 AM                Fury erupts over video little girl R House Wynwood Miami led strutting drag queen with huge breasts | Daily Mail Online

PROMOTED



Many diners appeared nonplussed at what was happening before them

'Good luck, my baby!': Heidi Klum is every inch the proud mother as her lookalike daughter Leni, 18, walks the catwalk at Dolce & Gabbana fashion show in Sicily

Alessandra Ambrosio flaunts her figure in a nude and white color-block bikini as she tops up her tan in Ibiza

Mick Jagger, 78, larks about in playful snaps as he explores Brussels ahead of The Rolling Stones' gig

Ciara, Lupita Nyong'o, Vanessa and Natalia Bryant dazzle at star-studded Dolce & Gabbana show in front of the Cathedral of Syracuse in Siracusa

Irina Shayk flaunts bikini body in neon two-piece from Beyoncé's new Ivy Park 'Ivytopia' collection

Harper Beckham blows out the candles on her cake as she turns 11 before relaxing in a freestanding marble bath after it all gets a little too much for her

Ant Anstead calls his girlfriend Renee Zellweger 'pure class' as they cozy up on a romantic beach date together

Joshua Jackson is almost unrecognizable with a thick salt-and-pepper beard as he picks up a water jug at upscale market in Calabasas

Jennifer Lopez showcases her fierce makeover as she prepares for photo shoot to promote her beauty brand: 'Can't touch this'



**Lauren Chen** ✔
@TheLaurenChen

These people belong in jail.

This is a hill I'm willing to die on.

Conservative Christian pundit Lauren Chen appeared outraged at what she had witnessed

ADVERTISEMENT



**SHARE THIS ARTICLE**



**RELATED ARTICLES**   ‹ • ›

 Drag queen brands Trump-backed Arizona gubernatorial...

 'A drag queen for every school!': Michigan AG faces wrath of...

**DailyMail.com**

 **Famke Janssen displays her toned legs in a white mini dress as she shields herself with an umbrella in NYC**   ›

 **Reese Witherspoon is the picture of elegance as she rocks a stylish black dress in New York City**

 **Gwyneth Paltrow, 49, goes TOPLESS modeling her $295 G. Label wide-leg jeans while poolside at her $4.9M Montecito mansion**

 **Shaping up for summer? Make it fun with this new fitness app that promises to enterTRAIN you with Disney themed dance classes and more - save 50% on your first month now**
PROMOTED

 **Rita Ora flaunts her incredible figure in a skintight leotard as she races to rehearsals after a day at Wimbledon**

Case 6:23-cv-00950-GAP-LHP    Document 21-3    Filed 06/02/23    Page 20 of 72 PageID 216

7/11/22, 9:31 AM                 Fury erupts over video little girl R House Wynwood Miami led strutting drag queen with huge breasts | Daily Mail Online



The little girl was walked through the restaurant hand-in-hand with the drag queen



▶ Jeff Goldblum, 69, sports a funny 'RIP Internet Explorer' T-shirt as he joins wife Emilie, 39, and their kids Charlie and River for a stroll



▶ Lisa Rinna shows off two different bikinis to highlight her youthful figure... as she declares she is 'almost 59' on the day before her birthday



▶ Britney Spears poses with baby as she says 'children are mystical little beings' ... less than two months after tragic pregnancy loss



▶ Christina Hall and Josh Hall hold hands in tender post on Instagram during Big Sur birthday getaway



▶ Olivia Munn reveals she just gotten through her infant son's first illness and there's 'nowhere else I'd rather be'

ADVERTISEMENT



Kyleena

non-hormonal back-up birth control (such as condoms or spermicide). Kyleena may go into or go through the uterus and cause other problems.
• Pregnancy while using Kyleena is uncommon but can be life threatening and may result in loss of pregnancy or fertility.

FULL PRESCRIBING INFORMATION

Daily **Mail**.com

Kourtney Kardashian rocks edgy black and

7/11/22, 9:31 AM                    Fury erupts over video little girl R House Wynwood Miami led strutting drag queen with huge breasts | Daily Mail Online



© nonononie / TikTok

**The little girl was seen walking alongside the drag queen in the 16 second clip shot in Miami**

white leather jacket and thick sunglasses while posing for mirror selfie



Chris Evans and Ryan Gosling showcase bulging biceps in clingy shirts as they join Ana de Armas at The Gray Man screening in LA




Real Housewives Of Atlanta: Kenya Moore lets loose while drinking and becomes the life of a 'naked party'



Early Prime Day Deal 2022: The bestselling Amazon Fire 7 Kids Tablet is now HALF PRICE - snap it up for less than $50 while stocks last
**PROMOTED**



Sharon Stone, 64, looks radiant in figure-hugging lemon jumpsuit as she attends Dolce & Gabbana haute couture men's fashion show in Italy



Kylie Minogue brings back her famous 80s curls and mechanic's overalls as she cavorts with Neighbours co-star and ex Jason Donovan for their final scenes
Iconic Aussie soap



Duchess of Cambridge hands Novak Djokovic, 35, his fourth consecutive Wimbledon title after defeating Nick Kyrgios in four sets



Keleigh Sperry shares cheeky snaps in a blue one-piece bathing suit on summer river trip with husband Miles Teller and The Boys' Chace Crawford



Brittany Cartwright joins her former Vanderpump Rules costars to throw her husband Jax Taylor a surprise birthday party

Steve Burton speaks out about leaving General Hospital after COVID-19 vaccination mandate: 'I'll always be grateful for my time there'



**The youngster willingly walked alongside the drag queen who had dollar bill stuffed into her bottoms**

**Nick Kyrgios is treated to bottles of champagne delivered by scantily-clad models as he parties at London club with girlfriend Costeen Hatzi following his Wimbledon final loss**

**Disney alum Dan Benson starts OnlyFans page 'to fight for and support the LGBTQ communities'**

**Nicki Minaj clarifies that she is NOT pregnant with her second child... following Instagram Live blunder**

**Retro rectangle shaped sunglasses are taking over TikTok as they're universally flattering for all face shapes - and Amazon has a 'super cool' $10 pair available in 33 colorways**
**PROMOTED**

**Millie Bobby Brown shares hilarious behind-the-scenes photos of Noah Schnapp eating a cracker from between Sadie Sink's toes on the set of Stranger Things**

ADVERTISEMENT



**Lauren Chen** ✓
@TheLaurenChen                                                    •••

**Drag Queen "family" events are not designed to foster acceptance among children**

**They're specifically meant as a venue for progressive parents to virtue signal how woke they are by exposing their kids to the most depraved parts of leftist ideology**

**You can't change my mind**

 



**Lauren Chen** ✓
@TheLaurenChen                                                    •••

**Even in Red Texas, Groomers recently held a drag queen event for KIDS at a BAR to celebrate Pride month.**

**And the worst part?**

**The parents who willingly exposed their children to the event's adult entertainment...**



**Chen has posted several times in the past of her disdain for drag queen events at which children are permitted**

'Time to prove your worth Ron DeSantis. Make sure this person gets arrested and the venue is shuttered,' tweeted Aaron R.

'This is just wrong, Mr Governor DeSantis I know is not your fault but you need to do something about this!' wrote Gabriel Garcia.

'Pedophilia is illegal, gross, creepy and depraved... This does not fit under any free speech laws.... These people deserve jail and eventually hell,' wrote another upset Twitter follower.



**Daily**Mail.com

▶ Rebel Wilson treats her sister Liberty to private 40th birthday party at Liberty London: 'She's named after this gorgeous store!'


▶ Westworld Season 4 Episode 3 recap: Bernard and Ashley team up with mystery woman to save the world while Caleb and Maeve explore Roaring 20s park


▶ Bend it like Beckham - the sequel! England legend David says he is 'so proud' after seeing his son Romeo, 19, score a brilliant free-kick


▶ Erika Jayne celebrates 51st birthday with friends at Lavo Ristorante in West Hollywood ... looking upbeat despite ongoing legal issues


▶ Addison Rae cuts a casual figure in a purple T-shirt and matching gym shorts as she shops at Target with her boyfriend Omer Fedi in Los Angeles


▶ Kate Beckinsale puts on a leggy display in a pink mini skirt paired with an expletive slogan top while feeding a FOX in quirky social media clip


▶ Kim Kardashian and sister Khloe show off their incredible figures in matching black bikinis while in Turks and Caicos


▶ Kate Hudson looks sensational as she leaps into the sea during lavish break in Italy with fiancé Danny Fujikawa and mother Goldie Hawn


▶ Cappuccino calling: Make barista-level coffees and the 'perfect' creamy hot chocolate at home with this $14 milk frother - and it takes less than 30 seconds to 'transform' hot drinks


7/11/22, 9:31 AM                    Fury erupts over video little girl R House Wynwood Miami led strutting drag queen with huge breasts | Daily Mail Online




PROMOTED
▶ Teddi Mellencamp
stands out in a sky blue
jacket and matching
shorts as she attends
Paws Of Fury: The
Legend Of Hank Family
Day event in LA

ADVERTISEMENT



## Why People Cheat: The Neuroscience of Infidelity

Have you ever wondered what makes some
people cheat on their significant other? Here
are 4 brain-based reasons why some pe
stray.

>

See More

▶ Chrissy Teigen cuts an
elegant figure in a black
dress on the French
Riviera... as family joins
husband John Legend
for vacation during his
European tour


▶ Steven Tyler's
daughter Mia puts her
Hollywood Hills home
on the market for just
under $2M... after it was
converted from a
recording studio


▶ Sean 'Diddy' Combs
takes the stage in red
leather jacket and black
ensemble at Under the
Bridge event in London


EXCLUSIVE  Cardi B
appears to hit fan
multiple times with
microphone while
crowd cheers her on in
new footage after rapper
denied fight at Wireless
Festival


**A stunning moment shows a little girl sitting on the knee of an adult at a Michigan drag show, tipping a performer displaying large, synthetic breasts during what was supposed to be a 'family friendly' event**

Similar instances have been recorded in the past including in September 2021 when a young girl was filmed tipping a drag queen baring a huge set of synthetic breasts during a 'family-friendly' event at a **Michigan** gay venue.

The child, whose age was not disclosed, passed a bill to RuPaul's Drag Race star Yara Sofia at Hamburger Mary's in Grand Rapids, Michigan, in the clip.

She was sat on the knee of an adult woman at the time, who smiled warmly as the youngster tipped the performer, whose real name is Gabriel Burgos Ortiz.

Sofia strutted around the bar wearing a pair of large fake breasts that hung outside her costumes, complete with tiny yellow pasties covering the nipples in what appeared to be an arch attempt at modesty.

The Grand Rapids outlet of Hamburger Mary's closed in January of this year, but its Facebook page is still active, complete with scores of fliers for events.

Many of them are explicitly advertised as being for audiences aged 18+ only.

But the flyer for the drag event attended by Yara Sofia was not, suggesting that it may indeed have been marketed as a family-friendly event.



▶ **Kylie Jenner is a busty bombshell in a clinging orange dress as she and boyfriend Travis Scott enjoy dinner date**



▶ **Has Queen's Gambit star found her (check)mate? Anya Taylor-Joy is seen wearing TWO sparklers on her ring finger on stroll with boyfriend Malcolm McRae**



▶ **Sofia Vergara looks stunning as she celebrates her 50th birthday with cake and flowers: 'Feliz cumpleaños to me!'**



▶ **Cardi B is ever the doting mother as she spends time with her family at the Candytopia exhibit to celebrate her daughter Kulture's fourth birthday**



▶ **Early Prime Day deal 2022: Save 44% on the Halo View fitness tracker with heart rate and sleep data and free workouts - the smart way to a healthier lifestyle is now less than $45**
**PROMOTED**



▶ **Kate Hudson looks lovely while rocking an all-black Maison Valentino outfit during a trip to Rome**



ADVERTISEMENT

Case 6:23-cv-00950-GAP-LHP   Document 21-3   Filed 06/02/23   Page 26 of 72 PageID 222

7/11/22, 9:31 AM                    Fury erupts over video little girl R House Wynwood Miami led strutting drag queen with huge breasts | Daily Mail Online



**The video from September 2021, posted by the infamous @LibsofTikTok account nearly nine months later, shows the performer then running off, taking a few more tips and letting it all hang out**

Daily**Mail**.com

▸ **Taika Waititi admits he asked Thor: Love And Thunder actress Natalie Portman if she wanted to be in a Star Wars film after she famously starred in the prequels: 'I forgot about those'**



▸ **Zendaya reveals she is planning on directing an episode of Euphoria Season 3**
.



▸ **Devon Windsor cradles daughter Enzo, 10 months, as she shares throwback to when she was pregnant in heartwarming post**



▸ **Madonna jokes she is not a 'sore loser' while enjoying a glass of wine after a fun-filled game night with her family**



▸ **RHOBH's Lisa Rinna pays tribute to her costar Erika Jayne on her 51st birthday with photos of them in matching looks**



▸ **Crystal Kung and Rob Minkoff look like doting parents as they take their kids to the Paws Of Fury: The Legend Of Hank Family Day event in Los Angeles**



▸ **Viola Davis wishes daughter Genesis a very happy 12th birthday with many throwback snaps on Instagram: 'Happy Birthday to my heart!'**



▸ **Maggie Gyllenhaal pairs chic trench dress with red plastic slides in NYC... after getting her first tattoo**



▸ **Save up to 65% on 'the most comfortable pajamas ever' in the Little Sleepies BIG sale with bargains for kids and adults  - and fans include Serena Williams and Chrissy Teigen**
PROMOTED



Case 6:23-cv-00950-GAP-LHP   Document 21-3   Filed 06/02/23   Page 27 of 72 PageID 223

7/11/22, 9:31 AM                    Fury erupts over video little girl R House Wynwood Miami led strutting drag queen with huge breasts | Daily Mail Online



This is the flyer for the Yara Sofia event. Unlike other nights advertised by Hamburger Mary's, it was not billed as being for customers aged 18+ only, suggesting it may have been deemed a family-friendly event



**Bella Hadid dons a polka-dot pantsuit in behind-the-scenes photos from Balenciaga's dinner during Paris Fashion Week**

ADVERTISEMENT



DailyMail.com



**Lil Baby's security guard brutally shoves a man off the stage after he tried to accost the rapper**



**Defiant Nick Kyrgios breaks Wimbledon's strict dress code AGAIN by wearing a red cap to meet Kate Middleton - before calling new mate Novak Djokovic a 'god'**



**Kelly Bensimon, 54, bares her abs in pink string bikini as she enjoys the beach on vacation in Ibiza**



**Kate Middleton looks elegant in a $2,700 polka dot navy dress from Alessandra Rich, as she and Prince William take Prince George to his FIRST EVER Wimbledon final**

7/11/22, 9:31 AM                    Fury erupts over video little girl R House Wynwood Miami led strutting drag queen with huge breasts | Daily Mail Online



**YARA SOFIA**

Yara Sofia is a drag performer and actor originally from Puerto Rico, but now lives in Las Vegas, Nevada.

She was a contestant on RuPaul's Drag Race Season 3, where she was voted Miss Congeniality. She also appeared in All Stars 1 and 6.

Along with Carmen Carrera, Yara is the first queen to be part of a double shantay.

Yara has won one challenge in each of the three seasons she has competed in.

She is tied with Miz Cracker and Crystal Methyd for the latest 1st main challenge win out of many contestants, all three winning their 1st challenge in their 10th episode competing on the show.

https://rupaulsdragrace.fandom.com/wiki/Yara_Sofia

📷 +15
View gallery

**Yara Sofia is the stage name of Gabriel Burgos Ortiz, 38, a Puerto Rico native and singer**

The videos of youngsters interacting with the drag queens comes as debates rage across the country about whether young children are being exposed to content that is inappropriate by well-meaning family members and educators in the name of support for LGBT equality.

**New York City** has been spending heavily on sending drag queens into its public elementary schools, dropping more than $200,000 on appearances since 2018.

In May, records show the city paying $46,000 to send Drag Story Hour NYC to public schools, libraries, and street festivals, according to the **New York Post**.

Some parents say the programs were booked without their consent, while city officials have responded with outrage, according to the Post.

Drag Queen story-hours have also hit the headlines. They see performers read story books to children at events held in schools or libraries.

The books read to kids are children's story books, usually by drag queens in less-revealing outfits.

Supporters say the events are harmless and innocent, but conservatives claim the story hours often veer into age-inappropriate vulgarity.

▶ Chris Pratt pens heartfelt tribute to his Jurassic World co-star Bryce Dallas Howard: 'You've been by my side through this crazy ride for over 8 years'



▶ Tom Cruise, 60, blows a kiss to adoring fans as he arrives to watch Novak Djokovic triumph against Nick Kyrgios in Wimbledon Men's Singles final



▶ Shia LaBeouf wears a t-shirt and shorts as he enjoys a solo bike ride in Pasadena



▶ Jessica Biel gives her son Silas, seven, a piggyback ride while watching Justin Timberlake compete at the American Century Championship in Lake Tahoe



▶ Rita Ora stuns in quirky wrap dress as she and boyfriend Taika Waititi attend Wimbledon arm in arm ahead of Men's Singles final



▶ Cheer star Jerry Harris is slammed by victims' mom after he received a 12-year prison sentence for soliciting sex from minors



ADVERTISEMENT

**Earn up to $300 for each payroll referral!**

You don't have to be a SurePayroll customer to earn.

Get Started

✔ **SUREPAYROLL**

7/11/22, 9:31 AM                     Fury erupts over video little girl R House Wynwood Miami led strutting drag queen with huge breasts | Daily Mail Online



**A drag queen who goes by the name Flame reads stories to children and their caretakers during a Drag Story Hour at a public library in New York, in June**

Drag Queen Story Hour, a nonprofit, was started in San Francisco in 2015 by activist and author Michelle Tea. Chapters have since opened across the U.S. and elsewhere. Other organizations with readers in drag have also formed.

As part of Drag Queen Story Hour's programming, drag queens read to children and their parents at libraries, bookstores, fairs, parks and other public spaces to celebrate reading 'through the glamorous art of drag.'

In 2022 alone, Drag Story Hour NYC has made 49 appearances at 34 public schools in New York City, according to its website.

The organization characterizes itself as promoting inclusivity, creativity, and acceptance of the self in children, by exposing them to drag queens reading similarly thematic books.

Daily**Mail**.com



▶ Thor: Love And Thunder conquers at the box office with a $143M debut... despite failing to reach expectations and earning mixed reviews



▶ Khloe Kardashian and daughter True, four, are 'free as a bird' as they enjoy tropical Turks and Caicos getaway



EXCLUSIVE  Kim and Khloe Kardashian show off bombshell bodies as they channel Jane Fonda's iconic 1960s Barbarella on the beach in Turks And Caicos



▶ Reese Witherspoon enjoys quality time with her lookalike daughter Ava: 'Love sharing sunsets with my girl'



▶ Beanie Feldstein announces earlier than anticipated departure from Funny Girl in Instagram post



▶ Selena Gomez's LA home is intruded on AGAIN... just weeks after a man lit a mattress on fire with her name on it outside the same property



▶ Sir Anthony Hopkins, 84, embraces summer style in a green Hawaiian shirt while showing off his dance moves in light-hearted video



▶ Angelina Jolie shares some quality time with daughter Shilo, 16, as pair watch 2021 Eurovision winners Måneskin perform



▶ Stranger Things star Millie Bobby Brown hangs out on yacht with beau Jake Bongiovi as the couple continue their romantic Italian getaway

EXCLUSIVE  Loved-up Sandra Lee, 56, and shirtless fiancé Ben

7/11/22, 9:31 AM                    Fury erupts over video little girl R House Wynwood Miami led strutting drag queen with huge breasts | Daily Mail Online




Youcef, 43, pack on the PDA on balcony of their Lake Cuomo villa

ADVERTISEMENT



**A drag performer from Drag Story Hour NYC reading to children at an event. Parents told the New York Post that the events happened at their children's school often without parental consent**



Daily**Mail**.com


▶ '1 wanted to act': Dakota Johnson says that her father Don Johnson 'tried to' make her go to college but she 'refused'


▶ '1 was a mule carrying drugs to Morocco': As Cameron Diaz comes out of retirement, actress claims she was once 'used' to smuggle substances


▶ A serving of chic! Kate Middleton puts on an animated display in $2,000 navy dotty dress by Alessandra Rich as she watches men's final at Wimbledon


▶ Kate Mara and Jamie Bell subtly reveal they are expecting their second child: 'There are three of us in this pic'

Winnie Harlow puts on a leggy display in a pair of denim knicker shorts and a white bra top as she parties backstage at Wireless Festival

Case 6:23-cv-00950-GAP-LHP    Document 21-3    Filed 06/02/23    Page 31 of 72 PageID 227

7/11/22, 9:31 AM                    Fury erupts over video little girl R House Wynwood Miami led strutting drag queen with huge breasts | Daily Mail Online



**A performer showing off some of the books read to children at drag events at public schools. The books tend to be about gender fluid topics**

'Through fun and fabulous educational experiences, our programs celebrate gender diversity and all forms of difference to build empathy and give kids the confidence to express themselves however they feel comfortable,' the website reads.

Images from the site show people dressed in bedazzled dresses, shimmering wigs, and heavy eye shadow, reading to young children in classroom, and even helping the kids apply makeup themselves.

The company has received $207,000 from taxpayers since 2018, records show. $50,000 of that has come from the New York State Council on the Arts, and the other $157,000 from the NYC Department of Education, the Department of Youth and Community Development, the Department of Transportation, and Cultural Affairs.

The funds were provided by city council members, with $80,000 being allocated for drag programs in 2022 alone - over three times as much as was provided in 2020 for drag programs.

**Share or comment on this article: Fury erupts over video little girl R House Wynwood Miami led strutting drag queen with huge breasts**

       **325** shares

Taboola Feed

**Gronk's Favorite "Dressy" Shoes Feel Like Walking On Clouds**
Wolf & Shepherd

Sponsored Links

**The Rumors Are True. Discover SKIMS Shapewear This...**
SKIMS




▶ **Rami Malek looks dapper in a black suit as he and girlfriend Lucy Boynton enjoy day 14 of Wimbledon**



▶ **Johnny Depp appears to slam ex-wife Amber Heard on TWO scathing tracks from upcoming album with Jeff Beck**



▶ **'The most beautiful soul we could ever wish for!' Victoria and David Beckham share sweet birthday messages for daughter Harper as she celebrates turning 11**



▶ **Novak Djokovic clinches SEVENTH Wimbledon title as Serb roars back from a set down to beat Nick Kyrgios on Centre Court**



▶ **Nick Kyrgios begins the fight of his life against 20-time Grand Slam champion Novak Djokovic - as the royals and world's A-list watch on at Wimbledon**

ADVERTISEMENT



GNC THE DIFFERENCE
PROTEIN & IMMUNE SUPPORT BACKED BY SCIENCE

SHOP NOW        GNC



EXHIBIT
2





R HOUSE DRAG BRUNCH 2017 PROMO

1,504 views · Feb 13, 2022





R House Wynwood

R House Wynwood has a show unlike any other! Visit us every weekend for the greatest drag shows in Miami. Brunch every Saturday and Sunday at 11:30AM and 2:30PM. For reservations: please visit us at https://www.rhousewynwood.com or call us at (305)576-0201



EXHIBIT
3

# WELCOME TO R HOUSE DRAG BRUNCH
## WE CANNOT WAIT TO SERVE AND ENTERTAIN YOU

## THE R HOUSE DRAG BRUNCH EXPERIENCE
### $50 PER PERSON PLUS TAX AND GRATUITY. INCLUDES:

**1. OUR FABULOUS SHOW BY MIAMI'S FIERCEST DRAG ENTERTAINERS**
(VALUE $10 COVER)



**2. BOTTOMLESS DRINKS**
(VALUE $25)

MIMOSAS
SWEET WHITE WINE SANGRIA
MOJITOS
SOFT DRINKS

MINIMUM SPEND REQUIREMENT
$50 PER PERSON
PLUS TAX AND GRATUITY

**3. FAMILY STYLE SET MENU SERVED TO ALL GUESTS**
(VALUE $20)
SUBSTITUTIONS AND ADDITIONAL ORDERS $7 EACH

CHIMICHURRI CHEESEBURGER SLIDER

CAYENNE FRIED CHICKEN, SPICY CILANTRO SAUCE

R CUBAN BREAKFAST CROISSANT WITH MOJO PORK, SERRANO HAM, SWISS CHEESE, SCRAMBLED EGG

CINNAMON SWEET FRENCH TOAST, GUAVA SYRUP, CREAM CHEESE, TROPICAL FRUIT, COCONUT FLAKES

BRUNCH SALAD, QUINOA, HEARTS OF PALM, CUCUMBER, RED ONION, BABY HEIRLOOM TOMATOES

ARROZ MORO - RICE AND BEANS

**VEGAN GUESTS**

BRUNCH SALAD, QUINOA, HEARTS OF PALM, CUCUMBER, RED ONION, BABY HEIRLOOM TOMATOES

ARROZ MORO - RICE AND BEANS

PLUS CHOICE OF:

1. VEGGIE PAELLA BOWL, SAFFRON BOMBA RICE, CAULIFLOWER, BRUSSELS, BUTTERNUT SQUASH, WILD MUSHROOMS

-OR-

2. AÇAI BANANA BERRY BOWL, GRANOLA, BLUEBERRIES, STRAWBERRIES, CHIA AND PUMPKIN SEEDS, HEMP HEARTS, BEE POLLEN

---

## KIDS BRUNCH $30
UP TO 12 YEARS OF AGE
→ CHOICE OF ANY 2 ITEMS FROM ABOVE SELECTION, SOFT DRINKS AND OF COURSE OUR FABULOUS SHOW

---

## EXTRA DELICIOUSNESS



| | | | |
|---|---|---|---|
| SWEET CHILI CHICKEN WINGS | $8 | YUCA FRIES | $8 |
| GUACAMOLE | $8 | TRUFFLE PARM FRIES | $9 |

---

### DESSERT

**TRES LECHES $10**
Passion fruit three milk cake

**UNICORN MARTINI $12**
Piña colada, whipped cream, marshmallows, rainbow sprinkles

**CRAFT ICE CREAM $8**
FROM LITTLE HAVANA'S AZUCAR
Dulce de leche, café con leche, or Abuela Maria (guava, cream cheese, vanilla)

**CHOCOLATE PECAN BROWNIE $13**
Homemade brownie, dulce de leche, coconut ice cream, chocolate sauce




---

### R HOUSE GOODIES
Ask your server about purchasing goodies

| | | |
|---|---|---|
| FAN $20 Oversized R House fan available in pink or blue | THE TEE $25 R House t-shirt available in blue or pink | SHADES $10 Wayfarer style sunglasses |

---

**START OFF BRUNCH WITH A BANG!** $10
### FROSÉ SPECIALS

DRAG-ON FRUIT
PASSION FRUIT
PIÑA COLADA

### WELLNESS DRINKS

**FRISKY RABBIT $15**
Beefeater Gin, fresh carrot juice, ginger, marigold

**SOBER RABBIT $8**
Fresh carrot juice, ginger, marigold

### LA PIÑA LOCA $100
Whole pineapple full with frozen piña colada, plus 5 shots of house liquors and sparklers

### COFFEE
by PANTHER COFFEE
Small batch roasted in WYNWOOD, FL

| | |
|---|---|
| AMERICANO | $4 |
| ESPRESSO | $4 |
| MACCHIATO | $5 |
| CORTADITO | $5 |
| COLADA | $5 |
| CAFÉ CON LECHE | $5 |
| ICED COFFEE | $4 |
| ICED LATTE | $5 |

### JOJO TEA $4

GREEN JASMINE PEARLS, China

ENGLISH BREAKFAST, Kenya

EARL GREY, India

CHAMOMILE FLOWERS, Egypt

MATCHA GREEN TEA, Japan

PEPPERMINT, USA

HIBISCUS BLEND, Mexico

---

FOLLOW US @RHOUSEWYNWOOD
TAG US #RHOUSEDRAGBRUNCH
REVIEW US ON YELP, GOOGLE, OR TRIP ADVISOR
BE LOYAL TO US ASK YOUR SERVER ABOUT OUR LOYALTY PROGRAM

*For your convenience 18% gratuity will be added to tables of 6 or more
**Consuming raw or undercooked meats, poultry, seafood, shellfish or eggs may increase your risk of food borne illness, especially if you have certain medical conditions.



EXHIBIT 4







EXHIBIT

6







**Sneak Peek: TLO IVY @ R HOUSE DRAG BRUNCH**

598 views • Feb 13, 2022

👍 4    👎 DISLIKE    ↱ SHARE    ≡+ SAVE    ...

**R House Wynwood**

Get a Sneak Peek of one of our favorite queens: TLO IVY

R House Wynwood has a show unlike any other! Visit us every weekend for the greatest drag shows

SUBSCRIBE

EXHIBIT
8











**THE BEST BRUNCH IN MIAMI | #RHOUSE DRAG BRUNCH**

3,252 views • Premiered Sep 14, 2021



THE BEST BRUNCH IN MIAMI | #RHOUSE DRAG BRUNCH

3,252 views • Premiered Sep 14, 2021

Simply Shandrell





















THE BEST BRUNCH IN MIAMI | #RHOUSE DRAG BRUNCH

3,252 views • Premiered Sep 14, 2021







THE BEST BRUNCH IN MIAMI | #RHOUSE DRAG BRUNCH

3,252 views • Premiered Sep 14, 2021

Simply Shandrell





THE BEST BRUNCH IN MIAMI | #RHOUSE DRAG BRUNCH

3,252 views · Premiered Sep 14, 2021















THE BEST BRUNCH IN MIAMI | #RHOUSE DRAG BRUNCH

3,252 views • Premiered Sep 14, 2021

Simply Shandrell













NAYA LORDS "Toxic - Britney Spears" @ R HOUSE DRAG BRUNCH

11,435 views • Mar 9, 2019









EXHIBIT
15

