# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| HM FLORIDA-ORL, LLC,<br><br>    Plaintiff,<br><br>            v.<br><br>THE STATE OF FLORIDA; RON DESANTIS, in his official and individual capacity as Governor of Florida; and MELANIE GRIFFIN, in her official capacity as Secretary of the Department of Business and Professional Regulation, State of Florida,<br><br>    Defendants. | Case No. 6:23-cv-00950 |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    **HM FLORIDA-ORL, LLC (Plaintiff)**

    **Gary Steven Israel (Counsel for Plaintiff)**

    **Brice Moffatt Timmons (Counsel for Plaintiff)**

    **Melanie Griffin (Counsel for Plaintiff)**

    **STATE OF FLORIDA (Defendant)**

**RON DESANTIS, Governor of Florida (Defendant)**

**MELANIE GRIFFIN, Secretary of the Department of Business and Professional Regulation, State of Florida (Defendant)**

**Ashley Moody, Attorney General, State of Florida (Counsel for Defendants)**

**Henry C. Whitaker, Solicitor General, State of Florida (Counsel for Defendants)**

**Jeffrey Paul DeSousa, Chief Deputy Solicitor General (Counsel for Defendants)**

**Nathan A. Forrester, Senior Deputy Solicitor General (Counsel for Defendants)**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

**None.**

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

**None.**

5. Check one of the following:

  X    a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

    \_\_\_\_    b.  I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

|  |  |
|---|---|
|  | Respectfully submitted, |
| June 2, 2023 | ASHLEY MOODY<br>ATTORNEY GENERAL |
|  | Henry C. Whitaker (FBN 1031175)<br>SOLICITOR GENERAL |
| Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, Florida 32399-1050<br>(850) 414-3300<br>(850) 410-2672 (fax)<br>Nathan.Forrester@myfloridalegal.com | Jeffrey Paul DeSousa (FBN 110951)<br>CHIEF DEPUTY SOLICITOR GENERAL<br><br>*/s/ Nathan A. Forrester*<br>\* Nathan A. Forrester (FBN 1045107)<br>SENIOR DEPUTY SOLICITOR GENERAL |
| *Counsel for Defendants* | *\* Lead Counsel* |