**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HM FLORIDA-ORL, LLC,

    Plaintiff,

v.                                          Case No:   6:23-cv-950-GAP-LHP

RON DESANTIS, MELANIE GRIFFIN
and STATE OF FLORIDA,

    Defendants

**ORDER**

The case is before the Court on the Defendant's Motion to Dismiss and Opposition to Plaintiff's Motion for Preliminary Injunction (Doc. No 21).   Plaintiff is directed to respond to the Defendant's Motion to Dismiss and reply to Defendant's opposition to Plaintiff's Motion for Preliminary Injunction by June 15, 2023.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 5, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party