United States District Court
Middle District of Florida
Orlando Division

HM FLORIDA-ORL, LLC,

      Plaintiff,                                                    Case No. 6:23-cv-00950-GAP-LHP

v.

RON DESANTIS, et. al.,

      Defendants.

_____

**PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY**
_____

COMES NOW the Plaintiff, HM Florida-Orl., LLC, and respectfully provides this Notice of Filing Supplemental Authority concerning an Order of Findings of Facts and Conclusions of Law entered by Judge Thomas Parker in *Friends of George's, Inc. v. Steven J. Mulroy, individually and in his capacity as District Attorney General for the Thirtieth Judicial District of Tennessee*, 2:23-cv-02163 (entered on June 2, 2023). A copy of the Order is attached to this Notice as **Exhibit A**.

                                                                                 Respectfully submitted.

                                                    */s/Brice M. Timmons*
                                                    Brice M. Timmons, Esq. *Pro Hac Vice*
                                                    DONATI LAW, PLLC
                                                    1545 Union Ave.
                                                    Memphis, TN 38104
                                                    (901) 278-1004 – Telephone
                                                    (901) 278-3111 – Facsimile
                                                    brice@donatilaw.com

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served upon all parties to this action via the court's ECF filing system this _____ day of June 2023.

    */s/Brice M. Timmons*