UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HM FLORIDA-ORL, LLC,

        Plaintiff,

v.                                        Case No: 6:23-cv-950-GAP-LHP

RON DESANTIS, MELANIE GRIFFIN and STATE OF FLORIDA,

        Defendants.

| | | |
|---|---|---|
| **JUDGE:** | Gregory A. Presnell | **COUNSEL FOR PLAINTIFF:** Brice Moffatt Timmons, Melissa J. Stewart, Gary Steven Israel (by phone) |
| **DEPUTY CLERK:** | Anita Chenevert | |
| **COURT REPORTER:** | Koretta Stanford courtreporterstanford@gmail.com | **COUNSEL FOR DEFENDANT:** Nathan Andrew Forrester, Jeffrey DeSousa, Daniel Bell |
| **DATE:** | JUNE 6, 2023 | |
| **TIME:** | 1:30 P.M. – 2:48 P.M. | |
| **TOTAL TIME:** | 1 HOUR 18 MINUTES | |

**MINUTES – Non-Evidentiary**
**Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 6)**

1:30 p.m.  Court will allow 40 minutes per side for oral argument on the Motion for Temporary Restraining Order/Preliminary Injunction. Because the defendants included a motion to dismiss in their response to this motion the Court ordered the reply. The hearing today will only involve the motion filed by Plaintiff.

1:32 p.m.  Court discusses with the counsel who the appropriate defendants should be in this case. Based on stipulation of the parties, the State

      of Florida and Ron Desantis can be dismissed as parties. (order to follow)

| | |
|---|---|
| 1:34 p.m. | Plaintiff presents oral argument by attorney Brice Timmons. |
| 1:53 p.m. | Defendants present oral argument by attorney Nathan Forrester. |
| 2:26 p.m. | Plaintiff's reply argument by attorney Brice Timmons. |
| 2:39 p.m. | Defendant's reply argument by attorney Nathan Forrester. |
| 2:45 p.m. | Plaintiff's response by attorney Brice Timmons. |
| 2:47 p.m. | Court takes the matter under advisement. |
| 2:48 p.m. | Court adjourned. |