UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HM FLORIDA-ORL, LLC,

    Plaintiff,

v.                                                                          Case No:   6:23-cv-950-GAP-LHP

RON DESANTIS, MELANIE GRIFFIN
and STATE OF FLORIDA,

    Defendants

ORDER

The matter came before the Court at a hearing held on June 6, 2023. Based on stipulation of the parties, Defendants Ron Desantis and the State of Florida are hereby **DISMISSED** from this action. The clerk is directed to term them as defendants.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 6, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party