UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HM FLORIDA-ORL, LLC

    *Plaintiffs*,

v.                                                    Case No. 6:23-cv-950 – GAP-LHP

MELANIE GRIFFIN, in her official capacity
as Secretary of the Florida Department of
Business & Professional Regulation,

    *Defendant*.
_____/

## NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL FOR DEFENDANT

    William H. Stafford III hereby gives notice of his appearance as additional counsel for Defendant Melanie Griffin, in her official capacity as Secretary of the Florida Department of Business & Professional Regulation.

Dated: June 15, 2023.

                                            Respectfully submitted,

                                            ASHLEY MOODY
                                            Attorney General

                                            /s/ *William H. Stafford III*
                                            WILLIAM H. STAFFORD III
                                            Special Counsel
                                            Florida Bar Number 70394
                                            Office of the Attorney General
                                            PL – 01 The Capitol
                                            Tallahassee, Florida 32399-1050
                                            (850) 414-3785
                                            william.stafford@myfloridalegal.com