# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| HM FLORIDA-ORL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MELANIE GRIFFIN, in her official capacity as Secretary of the Department of Business and Professional Regulation, State of Florida, <br><br> Defendant. | Case No. 6:23-cv-00950 |

## NOTICE OF APPEAL

Notice is hereby given that the Defendant Melanie Griffin appeals to the United States Court of Appeals for the Eleventh Circuit the amended order granting Plaintiffs Motion for Preliminary Injunction and denying Defendants' Motion to Dismiss, ECF No. 30.

|  |  |
|---|---|
|  | Respectfully submitted, |
| June 27, 2023 | ASHLEY MOODY<br>ATTORNEY GENERAL |
|  | Henry C. Whitaker (FBN 1031175)<br>SOLICITOR GENERAL |
| Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, Florida 32399-1050<br>(850) 414-3300<br>(850) 410-2672 (fax)<br>Nathan.Forrester@myfloridalegal.com | Jeffrey Paul DeSousa (FBN 110951)<br>CHIEF DEPUTY SOLICITOR GENERAL<br><br>*/s/ Nathan A. Forrester*<br>\* Nathan A. Forrester (FBN 1045107)<br>SENIOR DEPUTY SOLICITOR GENERAL |
| *Counsel for Defendants* | *\* Lead Counsel* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ Nathan A. Forrester*
Nathan A. Forrester
