UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| HM FLORIDA-ORL, LLC,<br><br>     Plaintiff,<br><br>         v.<br><br>THE STATE OF FLORIDA; RON DESANTIS, in his official and individual capacity as Governor of Florida; and MELANIE GRIFFIN, in her official capacity as Secretary of the Department of Business and Professional Regulation, State of Florida,<br><br>     Defendants. | Case No. 6:23-cv-00950 |

# ANSWER

Defendant Melanie Griffin, in her official capacity as Secretary of the Florida Department of Business and Professional Regulation ("DBPR"), hereby answers the Verified Complaint for Injunctive Relief ("Complaint") (Doc. 1) as follows:

## I. NATURE OF THE ACTION

1. Admitted that Plaintiff purports to bring this action pursuant to 42 U.S.C. § 1983 and Amendments 1 and 14 of the United States Constitution.

## II. SUBJECT MATTER AND JURISDICTION

2. Admitted.

3. Admitted that venue is proper pursuant to 28 U.S.C. § 1391.

## III. THE PARTIES AND PERSONAL JURISDICTION

4. Admitted.

5. Defendant DeSantis has been dismissed from this action (Doc. 26).

6. Admitted.

7. Defendant State of Florida has been dismissed from this action (Doc. 26).

8. Admitted that Plaintiff chose in its complaint to refer to the three Defendants collectively as "the State," but two of those Defendants, including the State of Florida itself, have since dismissed from this action (Doc. 26).

## IV. FACTUAL ALLEGATIONS

9. Upon information and belief, Paragraph 9 refers to three administrative complaints:

 (a) *DBPR v. R House, Inc.*, Case No. 2022-35976;

 (b) *DBPR v. HRM Owner, LLC*, Case No. 2022-5693; and

 (c) *DBPR v. Orlando Philharmonic Plaza Found., Inc.*, Case No. 2022-61146.

The administrative complaints in those cases have been filed in this case as Docs. 21-4, 21-5, and 21-6, respectively. They speak for themselves.

10. Senate Bill 1438, approved by the Governor of Florida on May 17, 2023, and enacted as chapter 2023-94, Laws of Florida (Doc. 21-1), speaks for itself.

11. Without knowledge; therefore denied.

12. Admitted.

13. Admitted.

14. Admitted that drag is not a new art form and has long been present in western culture. Denied as to remainder of paragraph 14.

15. Admitted.

16. Without knowledge; therefore denied.

17. Without knowledge; therefore denied.

18. Without knowledge; therefore denied.

19. Without knowledge; therefore denied.

20. Without knowledge; therefore denied.

21. Without knowledge; therefore denied.

22. Without knowledge; therefore denied.

23. The referenced reports speak for themselves. Denied that they tell the full, accurate story. Denied as to the remainder of paragraph 23.

24. The referenced reports speak for themselves. Denied that they tell the full, accurate story. Denied as to the remainder of paragraph 24.

25. The bill analyses for SB 1438 speak for themselves.[1] Denied as to the remainder of paragraph 25.

26. The various provisions of chapter 847, Florida Statutes, speak for themselves.

---

[1] According to the website of the Florida Senate, there were four bill analyses of SB 1438. It is unclear to which analysis Plaintiff refers in paragraph 25.

27. Section 509.261(10)(a), Florida Statutes, speaks for itself. Admitted that DBPR has a duty to protect the public and is authorized to enforce section 509.261(10)(a).

## V. CAUSES OF ACTION

### COUNT 1 — VIOLATION OF 42 U.S.C. SECTION 1983 UNDER THE FIRST AMENDMENT

28. Defendant realleges her responses to paragraphs 1–27 above as if fully set forth herein.

29. Denied.

30. Denied.

    a. The cited case speaks for itself.

    b. The cited case speaks for itself.

    c. The cited case speaks for itself. Denied as to the remainder of subparagraph c.

        1. Denied.

        2. Denied.

        3. Denied.

        4. The cited cases speak for themselves. Denied as to the remainder of sub-subparagraph 4.

        5. The cited case speaks for itself. Denied as the remainder of sub-subparagraph 5.

        6. Section 827.11(l)(a)1. speaks for itself. Denied as to the remainder of sub-subparagraph 6.

    7. Section 827.11(l)(a)2. speaks for itself. Denied as to the remainder of sub-subparagraph 7.

    8. Section 827.11(l)(b) speaks for itself. Denied as to the remainder of sub-subparagraph 8.

    9. Section 827.11(l)(a)3. speaks for itself. Denied as to the remainder of sub-subparagraph 9.

   d. The cited cases speak for themselves. Denied as to the remainder of subparagraph d.

  31. The cited case speaks for itself.

  32. The cited decision from the Western District of Tennessee speaks for itself.

  33. The cited cases speak for themselves.

  34. The cited case speaks for itself.

  35. The cited case speaks for itself. Denied as to the remainder of paragraph 35.

  36. The cited cases speak for themselves.

  37. Sections 509.261 and 827.11, Florida Statutes, and the cited decision from the Western District of Tennessee speak for themselves.

  38. Denied.

  39. Denied.

  40. The cited case speaks for itself.

  41. Denied.

42. Denied.

43. Without knowledge; therefore denied.

44. The cited case speaks for itself.

45. Denied.

### This Law Will Violate the Constitutional Rights of Plaintiff, HM FLORIDA-ORL, LLC

46. Without knowledge as to what precisely concerns Plaintiff in this case; therefore denied.

47. Without knowledge; therefore denied.

48. Without knowledge; therefore denied.

49. Without knowledge as to the cancellation of family drag shows. Denied as to the remainder of Paragraph 49.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

### VI. PRAYER FOR RELIEF

1-5. Denied that Plaintiff is entitled to the relief it seeks in this action.

**WHEREFORE,** Defendant respectfully requests that the Court deny relief to Plaintiff and enter judgment in her favor.

|  |  |
|---|---|
|  | Respectfully submitted, |
| July 7, 2023 | ASHLEY MOODY<br>  ATTORNEY GENERAL |
|  | Henry C. Whitaker (FBN 1031175)<br>  SOLICITOR GENERAL |
|  | Jeffrey Paul DeSousa (FBN 110951)<br>  CHIEF DEPUTY SOLICITOR GENERAL |
| Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, Florida 32399-1050<br>(850) 414-3300<br>(850) 410-2672 (fax)<br>Nathan.Forrester@myfloridalegal.com | */s/ Nathan A. Forrester*<br>* Nathan A. Forrester (FBN 1045107)<br>  SENIOR DEPUTY SOLICITOR GENERAL<br><br>William H. Stafford III (FBN 70394)<br>  SPECIAL COUNSEL |
| *Counsel for Defendants* | * *Lead Counsel* |

7

## CERTIFICATE OF SERVICE

    I hereby certify that on this 7th day of July, 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

                                               */s/ Nathan A. Forrester*
                                               Senior Deputy Solicitor General