**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| HM FLORIDA-ORL, LLC, <br><br>     Plaintiff, <br><br>          v. <br><br>MELANIE GRIFFIN, in her official capacity as Secretary of the Department of Business and Professional Regulation, State of Florida, <br><br>     Defendant. | Case No. 6:23-cv-00950 |

**DEFENDANT'S MOTION TO HOLD PROCEEDINGS IN ABEYANCE PENDING DISPOSITION OF APPEAL**

Defendant Melanie Griffin respectfully moves this Court to enter an order holding further proceedings in this Court in abeyance, pending the disposition of Defendant's appeal to the U.S. Court of Appeals for the Eleventh Circuit.

This Court entered its amended order of preliminary injunction on June 24 (DE29), and Defendant filed her appeal of that order on June 27 (DE31). The appeal is currently docketed in the Eleventh Circuit as No. 23-12160. In the meantime, Defendant has answered Plaintiff's complaint (DE35), and the parties have conferred about possible discovery and the course of further proceedings before this Court, as required by Rule 26(f) of the Federal Rules of Civil Procedure. Defendant believes, however, that it would be most efficient to delay any further such proceedings and discovery until after the conclusion of Defendant's appeal of the preliminary injunction. The Eleventh Circuit's disposition of the appeal likely will

1

serve to narrow or eliminate the disputed issues in the case and will chart the course of future proceedings in this Court.

## CONCLUSION

Defendant therefore requests that this Court enter an order holding further proceedings in abeyance, pending the disposition of Defendant's appeal of the preliminary injunction.

## LOCAL RULE 3.01(g) CERTIFICATION

Consistent with Local Rule 3.01(g), counsel for Defendant have conferred with counsel for Plaintiff by telephone in a good-faith effort to resolve the issues raised in the motion. Plaintiff opposes the motion.

Respectfully submitted,

July 12, 2023

ASHLEY MOODY
ATTORNEY GENERAL

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Nathan.Forrester@myfloridalegal.com

Jeffrey Paul DeSousa (FBN 110951)
CHIEF DEPUTY SOLICITOR GENERAL

*/s/ Nathan A. Forrester*
\* Nathan A. Forrester (FBN 1045107)
SENIOR DEPUTY SOLICITOR GENERAL

*Counsel for Defendant*

*\* Lead Counsel*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 12, 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

                                      */s/ Nathan A. Forrester*
                                      Senior Deputy Solicitor General