## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

HM FLORIDA-ORL, LLC,

        Plaintiff,

v.                                                            Case No:   6:23-cv-950-GAP-LHP

MELANIE GRIFFIN,

        Defendant

_____

## ORDER

This cause came on for consideration without oral argument on Defendant's Motion to Hold Proceedings in Abeyance Pending Disposition of Appeal (Doc. 39).

Defendant Melanie Griffin ("Defendant") argues that, in the interest of efficiency, this Court should suspend these proceedings pending the Eleventh Circuit's disposition of her appeal from the preliminary injunction that was granted on June 24, 2023. Doc. 39 at 1; *see also* Docs. 29, 30. She contends that the Eleventh Circuit's ruling will likely simplify these proceedings and "narrow or eliminate the disputed issues in the case." Doc. 39 at 1-2.[1]

_____

[1] Plaintiff has not responded to this motion.

Local Rule 3.01(a) requires parties to include with any motion "a legal memorandum supporting the request." Defendant has pointed to no legal authority in support of her contention that proceedings in this Court should be held in abeyance. *See* Doc. 39. Moreover, Defendant has not shown that she will suffer any harm nor has she provided any other justification for suspending these proceedings. *See id.*

This Court already analyzed Defendant's likelihood of appellate success, the balance of harms, and the public interest at length in its denial of Defendant's motion for partial stay of the preliminary injunction. *See* Doc. 41 at 3-11; *see also, e.g., Venus Lines Agency v. CVG Industria Venezolana de Aluminio, C.A.*, 210 F.3d 1309, 1313-14 (11th Cir. 2000). It need not repeat that analysis here. Defendant has provided no legal or factual justification beyond unfounded speculation for holding these proceedings in abeyance while the Eleventh Circuit reviews this Court's preliminary injunction.

Accordingly, it is **ORDERED** that Defendant's motion to hold these proceedings in abeyance pending the disposition of her interlocutory appeal is hereby **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on August 2, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties