United States District Court
Middle District of Florida
Orlando Division

HM FLORIDA-ORL, LLC,

      Plaintiff,

v.

MELANIE GRIFFIN,

      Defendant.

Case No. 6:23-cv-00950-GAP-LHP

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff HM FLORIDA-ORL, LLC, (hereinafter "Plaintiff" or "Hamburger Mary's"), by and through its undersigned attorneys, respectfully moves this Court for leave to file the attached Amended Complaint.

Rule 15 of the Federal Rules of Civil Procedure provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Plaintiff moves to file the Amended Complaint within the time permitted by the Court in the scheduling order. (Doc. 42).

Allowing Plaintiff to file the Amended Complaint would serve justice and promote judicial efficiency. Further, there would be no substantial or undue prejudice, bad faith, undue delay, or futility. Plaintiff's Amended Complaint alleges one new count under § 1983, alleging that S.B. 1438 is unconstitutionally vague in violation of the Fourteenth Amendment.[1] Additionally, Plaintiff adds a new count under 28 U.S.C. § 2201, seeking declaratory judgment.

---

[1] Plaintiff's Complaint previously alleged vagueness, but did not include a separate cause of action under the Fourteenth Amendment.

For all these reasons, Plaintiff respectfully requests that the Court grant Plaintiff leave to file the attached Amended Complaint. Also attached is a proposed order.

Respectfully submitted.

*/s/ Melissa J. Stewart*
Melissa J. Stewart, Esq. *Pro Hac Vice*
Brice M. Timmons, Esq. *Pro Hac Vice*
DONATI LAW, PLLC
1545 Union Ave.
Memphis, TN 38104
(901) 278-1004 – Telephone
(901) 278-3111 – Facsimile
brice@donatilaw.com

Gary S. Israel, Esq. 270709
121 S. Orange Avenue, Suite 1500
Orlando, Florida 32801
407 210-3834
attorneyisrael@hotmail.com
gsi55@hotmail.com
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served upon all parties to this action via the court's ECF filing system this 11th day of August, 2023.

                */s/ Melissa J. Stewart*