**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HM FLORIDA-ORL, LLC,

    Plaintiff,

v.                                                                        Case No:   6:23-cv-950-GAP-LHP

MELANIE GRIFFIN,

    Defendant

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **FIRST MOTION TO AMEND COMPLAINT (Doc. 45)**
>
> **FILED:**      August 11, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice** for failure to comply with Local Rule 3.01(g).

**DONE** and **ORDERED** in Orlando, Florida on August 14, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties