**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HM FLORIDA-ORL, LLC,

    Plaintiff,

v.                                             Case No: 6:23-cv-950-GAP-LHP

MELANIE GRIFFIN,

    Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** PLAINTIFF'S PARTIALLY OPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (Doc. 49)
>
> **FILED:** August 15, 2023
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**. The Clerk is directed to docket the Amended Complaint at Doc. 49-1.

**DONE** and **ORDERED** in Orlando, Florida on August 16, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties