UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| HM FLORIDA-ORL, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MELANIE GRIFFIN, in her official capacity as Secretary of the Department of Business and Professional Regulation, State of Florida,<br><br>    Defendant. | Case No. 6:23-cv-00950-CAP-IRHP |

**ANSWER TO FIRST AMENDED COMPLAINT**

Defendant Melanie Griffin, in her official capacity as Secretary of the Florida Department of Business & Professional Regulation ("DBPR") hereby answers the First Amended Complaint (Doc. 51) as follows:

**I. NATURE OF THE ACTION**

1. Admitted that Plaintiff purports to bring this action pursuant to 42 U.S.C. § 1983 and the First and Fourteenth Amendments of the U.S. Constitution.

**II. SUBJECT MATTER AND JURISDICTION**

2. Admitted.

3. Admitted that venue is proper pursuant to 28 U.S.C. § 1391.

**III. THE PARTIES AND PERSONAL JURISDICTION**

4. Admitted.

5. Admitted.

## IV. FACTUAL ALLEGATIONS

6–8. Upon information and belief, Paragraphs 6–8 refer to three administrative complaints:

*DBPR v. R House, Inc.*, Case No. 2022-35976;

*DBPR v. HRM Owner, LLC*, Case No. 2022-5693; and

*DBPR v. Orlando Philharmonic Plaza Found.*, Inc. Case No. 2022-61146.

The administrative complaints in those cases have been filed in this case as Docs. 21-3, 21-4, and 21-5, and speak for themselves. Denied as to the remainder of Paragraphs 6–8.

9. The provisions of Senate Bill 1438, approved by the Governor on May 17, 2023, and enacted as chapter 2023-94, Laws of Florida (Doc. 21-1), speak for themselves.

13. Admitted.[1]

14. Admitted that the cited dictionary definition speaks for itself.

15. Admitted.

16. Admitted that drag is not a new art form and has long been present in western culture; denied that drag is not frequently indecent.

17. Admitted.

18. Without knowledge; therefore denied.

---

[1] The First Amended Complaint omits Paragraphs 10-12.

19. Without knowledge; therefore denied.

20. Without knowledge; therefore denied.

21. Without knowledge; therefore denied.

22. Without knowledge; therefore denied.

23. To the extent this paragraph is intended to duplicate Paragraph 23 of the original complaint (Doc. 1), the referenced *Miami Herald* report speaks for itself. Denied that it tells the full, accurate story. Denied as to the remainder of Paragraph 23.

24. The referenced *Business Insider* article speaks for itself. Denied that it tells the full, accurate story. Denied as to the remainder of Paragraph 24.

25. The bill analyses for SB 1438 speak for themselves.[2] Denied as to the remainder of Paragraph 25.

26. The various provisions of chapter 847, Florida Statutes, speak for themselves.

27. Admitted that DBPR has a duty to protect the public by enforcing the statutes the Legislature has tasked it with enforcing. Admitted that the cited provisions of section 509.261, Florida Statutes, speak for themselves. Denied as to the remainder of Paragraph 27.

28. Without knowledge; therefore denied.

---

[2] According to the website of the Florida Senate, there were four bill analyses of SB 1438. It is unclear to which analysis Plaintiff refers in Paragraph 25.

29. The terms of the Act speak for themselves; denied as to the remainder of Paragraph 29.

30. Without knowledge; therefore denied.

31. Denied.

32. Without knowledge; therefore denied.

33. Without knowledge; therefore denied.

34. Without knowledge; therefore denied.

35. Without knowledge; therefore denied.

36. Denied.

## V. CAUSES OF ACTION

### COUNT 1—42 U.S.C. § 1983
### (FIRST AMENDMENT)

37. Defendant realleges her responses to Paragraphs 1- 36 above as if fully set forth herein.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. The terms of the Act speak for themselves.

45. Denied

46. Denied.

## COUNT TWO—42 U.S.C. § 1983
### (FOURTEENTH AMENDMENT DUE PROCESS—VAGUENESS)

47. Defendant realleges her responses to Paragraphs 1-46 above as if fully set forth herein.

48. The cited case speaks for itself.

49. The terms of S.B. 1438 speak for themselves; denied as to the remainder of Paragraph 49.

50. The terms of S.B. 1438 speak for themselves.

51. Denied.

## COUNT THREE—28 U.S.C. § 2201
### (DECLARATORY JUDGMENT)

52. Defendant realleges her responses to Paragraphs 1-51 above as if fully set forth herein.

53. The terms of 28 U.S.C. § 2201 speak for themselves.

54. Denied.

55. Admitted that Plaintiff seeks a declaration that S.B. 1438 is unconstitutional on its face; denied that Plaintiff is entitled to such relief.

### VI. PRAYER FOR RELIEF

1-4. Denied that Plaintiff is entitled to the relief it seeks in this action.

**WHEREFORE**, Defendant respectfully requests that the Court deny relief to Plaintiff and enter judgment in her favor.

|  |  |
|---|---|
|  | Respectfully submitted, |
| August 29, 2023 | ASHLEY MOODY<br>  ATTORNEY GENERAL |
|  | Henry C. Whitaker (FBN 1031175)<br>  SOLICITOR GENERAL |
|  | Jeffrey Paul DeSousa (FBN 110951)<br>  CHIEF DEPUTY SOLICITOR GENERAL |
| Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, Florida 32399-1050<br>(850) 414-3300<br>(850) 410-2672 (fax)<br>Nathan.Forrester@myfloridalegal.com | /s/ Nathan A. Forrester<br>* Nathan A. Forrester (FBN 1045107)<br>  SENIOR DEPUTY SOLICITOR GENERAL<br><br>William H. Stafford III (FBN 70394)<br>  SPECIAL COUNSEL |
| *Counsel for Defendants* | * *Lead Counsel* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ Nathan A. Forrester*
Senior Deputy Solicitor General