UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HM FLORIDA-ORL, LLC

 *Plaintiff*,

v.          Case No. 6:23-cv-950 – GAP-LHP

MELANIE GRIFFIN, in her official capacity
as Secretary of the Florida Department of
Business & Professional Regulation,

 *Defendant*.
_____/

## AGREED MOTION TO MODIFY SCHEDULING ORDER

 Defendant hereby moves the Court for an order amending the scheduling order in this matter, and state as grounds as follows:

 1. Pursuant to the Court's Case Management and Scheduling Order (Scheduling Order) (Doc. 42), discovery cutoff in this case is December 1, 2023.

 2. Discovery is ongoing in this case, but Defendant respectfully request's additional time for the parties to complete discovery and to file motions for summary judgment.

 3. Defendant has been delayed in propounding discovery for a number of reasons.

 4. Since the Uniform Case Management Report (Doc. 38) was filed by the parties, the Solicitor General's Office and the Attorney General's Complex

Litigation Bureau, to which undersigned counsel are assigned, have been tasked with new litigation and appellate matters in state and federal courts at a rate unanticipated at the time the Report was filed. As a result, undersigned counsel have not had the time expected to be able to dedicate to this case.

5. In addition, Special Counsel Stafford experienced a death in his immediate family which resulted in an extended absence from the office.

6. Finally, counsel for Plaintiff has advised that it would likely be difficult to schedule the depositions of Plaintiffs' principals in late November and December because of the increased demands on their time during the holiday season.

7. Accordingly, Defendant respectfully requests that the Scheduling Order be modified as follows:

    a. Discovery Deadline: January 30, 2024

    b. Dispositive Motions: February 29, 2024

    c. *Daubert* Motions: March 30, 2024[1]

    d. In Person Meeting to Prepare Joint Final Pretrial Statement: May 29, 2024

    e. Joint Pretrial Statement: June 10, 2024

    f. All Other Motions: June 28, 2024

---

[1] Neither party has disclosed expert reports, but a *Daubert* motion deadline has been included in an abundance of caution.

2

    g. Final Pretrial Conference:    TBD

    h. Trial Briefs and Deposition Designations:    TBD

    i. Trial Term Begins:    TBD (after August 1, 2024)

8. Defendant seeks a modification for good cause and not for purposes of mere delay. Neither party has previously sought a modification of the Scheduling Order in this case.

9. Undersigned counsel for Defendant has conferred with counsel for Plaintiff, and is authorized to represent that Plaintiff agrees with the relief requested herein and has authorized the filing of this motion.

WHEREFORE, Defendant respectfully requests that the Court enter an order modifying the Scheduling Order as set forth above.

Respectfully submitted,

Dated: November 20, 2023

ASHLEY MOODY
ATTORNEY GENERAL

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Nathan.Forrester@myfloridalegal.com

*Counsel for Defendants*

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

Jeffrey Paul DeSousa (FBN 110951)
CHIEF DEPUTY SOLICITOR GENERAL

*/s/ Nathan A. Forrester*
Nathan A. Forrester (FBN 1045107)
SENIOR DEPUTY SOLICITOR GENERAL

*/s/ William H. Stafford III*
William H. Stafford III (FBN 70394)
SPECIAL COUNSEL