**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HM FLORIDA-ORL, LLC,

       Plaintiff,

v.                                                                  Case No:   6:23-cv-950-GAP-LHP

MELANIE GRIFFIN,

       Defendant

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   AGREED MOTION TO MODIFY SCHEDULING ORDER (Doc. 53)
>
> **FILED:**     November 20, 2023
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

| | |
|---|---|
| **Discovery Deadline** | **January 30, 2024** |
| **Dispositive Motions** *The parties will be advised if paper copies of exhibits in support of motions will be required.* | **February 29, 2024** |
| *Daubert* **Motions** *The parties will be advised if paper copies of exhibits in support of motions will be required.* | **March 30, 2024** |
| **Meeting *In Person* to Prepare Joint Final Pretrial Statement** | **May 29, 2024** |
| **Joint Final Pretrial Statement** | **June 10, 2024** |

- 2 -

| | |
|---|---|
| **All Other Motions Including Motions** *in limine* | June 28, 2024 |
| **Final Pretrial Conference**                                                Date:<br>Time:<br>Judge: | July 11, 2024<br>1:00 PM<br>Judge Gregory A. Presnell |
| **Trial Briefs and Color-Coded Deposition Designations** | July 29, 2024 |
| **Trial Begins** | August 19, 2024 at 9:00 a.m. |
| **Estimated Length of Trial** | 2 days |
| **Jury/Non-Jury** | Non-Jury |

**DONE** and **ORDERED** in Orlando, Florida on November 22, 2023.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties