# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

HM FLORIDA-ORL, LLC,

    Plaintiff,

    v.

MELANIE GRIFFIN, in her official capacity as Secretary of the Department of Business and Professional Regulation, State of Florida,

    Defendant.

Case No. 6:23-cv-00950

## NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL FOR DEFENDANT

Bridget O'Hickey hereby gives notice of her appearance as additional counsel for Defendant Melanie Griffin, in her official capacity as Secretary of the Florida Department of Business and Professional Regulation.

Dated: January 24, 2024.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

*/s/ Bridget K. O'Hickey*
Bridget K. O'Hickey (FBN 1048521)
ASSISTANT SOLICITOR GENERAL

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 414-2672 (fax)
Bridget.OHickey@myfloridalegal.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2024, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ Bridget K. O'Hickey*
Assistant Solicitor General
