# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

HM FLORIDA-ORL, LLC,

    Plaintiff

v.

THE STATE OF FLORIDA,
MELANIE GRIFFIN, in her
Official capacity as Secretary of THE
STATE DEPARTMENT OF BUSINESS
AND PROFESSIONAL REGULATION,
STATE OF FLORIDA,

    Defendant.

Case No. 6:23-cv-00950

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff HM Florida-ORL, LLC, by and through its attorneys, files this Unopposed Motion for Extension of Time, and in support thereof states as follows:

1. On February 29, 2024, Defendant filed its Motion for Summary Judgment. (ECF 56).

2. On March 1, 2024, this Court entered an Order giving Plaintiff until April 1, 2024 to file its Response. (ECF 57).

3. Due to unforeseen circumstances regarding counsel's health, Plaintiff respectfully requests an additional 15 days to file its Response. Plaintiff's new deadline to file would be April 16, 2024.

4. Defendant does not oppose this Motion.

1

Respectfully submitted,

*/s/ Melissa J. Stewart*
Melissa J. Stewart, Esq. *Pro Hac Vice*
Brice M. Timmons, Esq. *Pro Hac Vice*
DONATI LAW, PLLC
1545 Union Ave.
Memphis, TN 38104
(901) 278-1004 – Telephone
(901) 278-3111 – Facsimile
brice@donatilaw.com

Gary S. Israel, Esq. 270709
121 S. Orange Avenue, Suite 1500
Orlando, Florida 32801
407 210-3834
attorneyisrael@hotmail.com
gsi55@hotmail.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served upon all parties to this action via the court's ECF filing system this 27th day of March, 2024..

*/s/ Melissa J. Stewart*

## CERTIFICATE OF CONSULTATION

Plaintiff's counsel Melissa J. Stewart consulted with Defendant's counsel Nathan Forrester, via email on March 27, 2024. There is no opposition to the relief sought.

<em>/s/ Melissa J. Stewart</em>