# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

HM FLORIDA-ORL, LLC,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No:   6:23-cv-950-GAP-LHP

MELANIE GRIFFIN,

        Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:   PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Doc. No. 58)**
>
> **FILED:      March 27, 2024**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.[1]

---

[1] The Court notes that the motion fails to comply with Local Rule 3.01(a). Going forward, counsel is cautioned that future motions that fail to comply with all applicable Federal Rules of Civil Procedure, Local Rules, and/or Court Orders may be stricken or summarily denied without further notice.

The deadline by which Plaintiff shall file its response to Defendant's motion for summary judgment (Doc. No. 56) is extended up to and including **April 16, 2024**.

**DONE** and **ORDERED** in Orlando, Florida on March 28, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties