# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

_____

HM FLORIDA-ORL, LLC,

    Plaintiff

v.                                                                                  Case No. 6:23-cv-00950

THE STATE OF FLORIDA,
MELANIE GRIFFIN, in her
Official capacity as Secretary of THE
STATE DEPARTMENT OF BUSINESS
AND PROFESSIONAL REGULATION,
STATE OF FLORIDA,

    Defendant.

---

## PLAINTIFF'S STATEMENT OF ADDITIONAL UNDISPUTED MATERIAL FACTS

---

1. In December of 2022, Defendant sent undercover agents to a drag show hosted at the historic Plaza Live theater in Orlando to determine whether children were being exposed to conduct that violated Florida's decency and obscenity laws. Ex. 1, Miami Herald Report at p. 2.

2. Fla. Stat. § 800.04(7)(a) prohibits "lewd or lascivious exhibition in the presence of a victim who is less than 16 years of age."

1

3. The undercover agents reported that they "did not witness any lewd acts such as exposure of genital organs" at the Plaza Live drag show. Ex. 1 at p. 4.

4. In spite of Defendant's own agents reporting that they witnessed no lewd acts, Defendant filed a complaint against the nonprofit that runs Plaza Live, alleging in part that the venue violated Fla. Stat. § 800.04(7)(a). Ex. 2, Administrative Complaint Against The Orlando Philharmonic Plaza Foundation, Inc., at ¶ 21.

Respectfully submitted,

*/s/ Melissa J. Stewart*
Melissa J. Stewart, Esq. *Pro Hac Vice*
Brice M. Timmons, Esq. *Pro Hac Vice*
Craig A. Edgington, Esq. *Pro Hac Vice*
DONATI LAW, PLLC
1545 Union Ave.
Memphis, TN 38104
(901) 278-1004 – Telephone
(901) 278-3111 – Facsimile
melissa@donatilaw.com
brice@donatilaw.com
craig@donatilaw.com

Gary S. Israel, Esq. 270709
121 S. Orange Avenue, Suite 1500
Orlando, Florida 32801
407 210-3834
attorneyisrael@hotmail.com
gsi55@hotmail.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served upon all parties to this action via the court's ECF filing system this 16th day of April, 2024.

                                                                      */s/ Melissa J. Stewart*