# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| HM FLORIDA-ORL, LLC,<br>    Plaintiff,<br><br>    v.<br><br>MELANIE GRIFFIN, in her official capacity as Secretary of the Department of Business and Professional Regulation, State of Florida,<br>    Defendant. | No. 6:23-cv-00950-GAP |

## UNOPPOSED MOTION TO REOPEN DISCOVERY

Defendant hereby moves the Court for an order reopening discovery in this case for a limited purpose, and states as grounds the following:

1. Pursuant to the Court's Order (Doc. 54) granting the parties' Agreed Motion to Modify Scheduling Order, discovery in this case closed January 30, 2024.

2. On or about May 23, 2024, counsel for Defendant was made aware, via a media report, that Plaintiff would be closing Hamburger Mary's, the restaurant whose activities are the subject of Plaintiff's complaint for declaratory and injunctive relief. The article stated that Hamburger Mary's would close at the end of the day June 2, 2024, but hoped to reopen in the future. Gabrielle Russon, Florida Politics (May 23, 2024), https://floridapolitics.com/archives/675891-hamburger-marys-which-sued-gov-desantis-over-drag-queen-law-is-closing-and-hoping-to-relocate/.

3. Plaintiff's counsel confirmed this information shortly thereafter, and re-emphasized Plaintiff's plans to reopen.

4. At the parties' conference to discuss the joint final pretrial statement, Plaintiff's counsel indicated that Plaintiff was close to finalizing a lease on property on which the restaurant would be reopened.

5. The impending closure of Hamburger Mary's raises standing, mootness, and ripeness issues, which Defendant is entitled to explore prior to trial.

6. For that reason, the parties have agreed, subject to Court approval, that discovery should be reopened until June 17, 2024. This discovery will be limited to the standing, mootness, and ripeness issues related to Hamburger Mary's closure. Plaintiff will produce documents evidencing Hamburger Mary's imminent reopening to Defendant by June 7, 2024. Defendant may on or before June 17, 2024, depose Plaintiff's representative on those issues, if necessary.

7. The proposed expedited discovery plan will not affect any other date or deadline in the Scheduling Order, including the trial date.

WHEREFORE, Defendant respectfully requests that the Court enter an order reopening discovery for this limited purpose, according to the schedule, set forth above.

|  |  |
|---|---|
|  | Respectfully submitted, |
| May 29, 2024 | ASHLEY MOODY<br>ATTORNEY GENERAL |
| Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, Florida 32399-1050<br>(850) 414-3300<br>(850) 410-2672 (fax)<br>Nathan.Forrester@myfloridalegal.com<br><br>*Counsel for Defendants* | Henry C. Whitaker (FBN 1031175)<br>SOLICITOR GENERAL<br><br>Jeffrey Paul DeSousa (FBN 110951)<br>CHIEF DEPUTY SOLICITOR GENERAL<br><br>*/s/ Nathan A. Forrester*<br>Nathan A. Forrester (FBN 1045107)<br>SENIOR DEPUTY SOLICITOR GENERAL<br><br>Bridget K. O'Hickey (FBN 1048521)<br>ASSISTANT SOLICITOR GENERAL<br><br>*/s/ William H. Stafford III*<br>William H. Stafford III (FBN 70394)<br>SPECIAL COUNSEL |

3

## LOCAL RULE 3.01(g) CERTIFICATION

Defendant's counsel conferred with Plaintiff's counsel via video conference on May 28, 2024, and Plaintiff does not oppose the relief requested.

*/s/ Nathan A. Forrester*
Senior Deputy Solicitor General

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2024, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ Nathan A. Forrester*
Senior Deputy Solicitor General
