# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

HM FLORIDA-ORL, LLC,

        Plaintiff,

v.                                                                                          Case No:   6:23-cv-950-GAP-LHP

MELANIE GRIFFIN,

        Defendant

---

## ORDER

This cause came before the Court for consideration without oral argument on Defendant Melanie Griffin's ("Defendant's") Unopposed Motion to Reopen Discovery. Doc. 64.

On May 23, 2023, Defendant became aware that Plaintiff HM Florida-ORL, LLC ("Plaintiff") intends to close its downtown Hamburger Mary's location on June 2, 2024, as part of its plans to relocate and reopen imminently. *Id.*, ¶¶ 2-4, 6. Defendant avers that this development raises standing, mootness, and ripeness issues which it seeks to explore by briefly reopening discovery.[1] *Id.*, ¶¶ 5-6. Plaintiff

---

[1] The deadline for discovery set out in the Modified Scheduling Order passed on January 30, 2024. Doc. 54.

does not oppose this relief. *Id.* at 4. Indeed, Plaintiff has agreed to produce documents evidencing Hamburger Mary's imminent reopening by June 7, 2024, and to provide a representative for deposition on this issue on or before June 17, 2024. *Id.*, ¶ 6. Recognizing the parties' agreement that Defendant has raised a meritorious issue for inquiry, her motion is due to be granted.

Defendant certifies that this expedited discovery plan will not affect any other date or deadline in the Modified Scheduling Order ("MSO"). *See id.*, ¶ 7. However, the dispositive legal issue in this case remains pending before the Eleventh Circuit on Defendant's appeal from this Court's order granting Plaintiff's motion for preliminary injunction. *See* Doc. 29; Doc. 31; *HM Florida-ORL, LLC v. Secretary of the Fla. Dep't of Business*, No. 23-12160, Doc. 54 (11th Cir. 2024). It would be imprudent to rule upon Defendant's Motion for Summary Judgment or to proceed with trial in the interim.

Accordingly, it is **ORDERED** that Defendant's Unopposed Motion to Reopen Discovery through June 17, 2024, in accordance with the limited parameters set out in her motion, is hereby **GRANTED**.

Moreover, to allow the parties to subsequently prepare for trial and for the sake of judicial efficiency, it is **ORDERED** that all remaining dates and deadlines in the MSO are hereby **CONTINUED until further notice**.

The parties are directed to propose a Modified Scheduling Order **within ten days** upon the docketing of the Eleventh Circuit's decision on the merits of Defendant's appeal.

**DONE** and **ORDERED** in Orlando, Florida on May 30, 2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties