# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

HM FLORIDA-ORL, LLC,

    *Plaintiff*,

v.

MELANIE GRIFFIN, in her official capacity as Secretary of the Department of Business and Professional Regulation, State of Florida,

    *Defendant*.

No. 6:23-cv-950-GAP-LHP

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 2.02(c), Bridget K. O'Hickey moves for leave to withdraw as counsel for Defendant, Melanie Griffin, in her official capacity as Secretary of the Department of Business and Professional Regulation. Ms. O'Hickey will depart the Office of the Attorney General on April 29, 2025, to pursue another opportunity. Secretary Griffin does not object to Ms. O'Hickey's withdrawal. Secretary Griffin will continue to be represented by undersigned counsel, Nathan Forrester and William Stafford.

Respectfully submitted,

JAMES UTHMEIER
  *Attorney General*

*/s/ Bridget K. O'Hickey*
NATHAN A. FORRESTER (FBN 1045107)
  *Chief Deputy Solicitor General*
BRIDGET K. O'HICKEY (FBN 1048521)
  *Deputy Solicitor General*
WILLIAM H. STAFFORD III (FBN 70394)
  *Special Counsel*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399
(850) 414-3300
(850) 410-2672 (fax)
*bridget.ohickey@myfloridalegal.com*

*Counsel for Defendant*

## LOCAL RULE 2.02(c) AND 3.01(g) CERTIFICATE

I hereby certify that on April 22, 2025, counsel for the Secretary Griffin conferred with counsel for Plaintiffs. Secretary Griffin consents to withdrawal, and Plaintiffs does not oppose this motion.

*/s/ Bridget K. O'Hickey*
Deputy Solicitor General

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April 2025, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notices to all counsel of record.

*/s/ Bridget K. O'Hickey*
Deputy Solicitor General
