UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HM FLORIDA-ORL, LLC,

       Plaintiff,

v.

MELANIE GRIFFIN, in her official capacity as Secretary of the Department of Business and Professional Regulation, State of Florida,

       Defendants.

Case No. 6:23-cv-00950-GAP-LHP

**MOTION TO WITHDRAW – BRICE M. TIMMONS**

**COME NOW** Brice M. Timmons (hereinafter "Mr. Timmons") of Watson Burns, PLLC, 5865 Ridgeway Center Parkway, Suite 300, Memphis, Tennessee 38120, and hereby files his *Motion to Withdraw as Counsel* in the above titled action and moves this Honorable Court for entry of an Order allowing Mr. Timmons to Withdraw as Counsel for Plaintiff, HM Florida-ORL, LLC (hereinafter "Plaintiff"). In support of his Motion to Withdraw as Counsel, Mr. Timmons states as follows:

1. Mr. Timmons was an attorney with the firm of Donati Law, PLLC, and represented Plaintiff in this titled action with Donati Law, PLLC.

2. On July 1, 2024, Mr. Timmons left the firm of Donati Law, PLLC, and moved his practice to Watson Burns, PLLC, located at 5865 Ridgeway Center Parkway, Suite 300, Memphis, Tennessee 38120.

3. Plaintiff has elected to continue to be represented by Melissa J. Stewart and the law firm of Donati Law, PLLC in the above-titled action.

4. Plaintiff does not oppose this motion.

5. No party will be prejudiced by the granting of this motion.

Respectfully submitted on this the 13th day of May 2025.

           BY: /s/*Brice M. Timmons*
                Brice M. Timmons (TN Bar #29582)
                WATSON BURNS, PLLC
                5865 Ridgeway Center Parkway; Suite 300
                Memphis, Tennessee 38210
                Tel. (901) 529-7996
                Fax. (901) 877-4629
                btimmons@watsonburns.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all parties to this action via this Court's ECF filing system this 13th day of May 2025.

                                                       /s/*Brice M. Timmons*