UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HM FLORIDA-ORL, LLC,

      Plaintiff,                                        Case No. 6:23-cv-00950-GAP-LHP

v.

MELANIE GRIFFIN, in her official capacity as
Secretary of the Department of Business and
Professional Regulation, State of Florida,

      Defendant.

### MOTION TO WITHDRAW – CRAIG A. EDGINGTON

**COME NOW** Craig A. Edgington (hereinafter "Mr. Edgington") of Watson Burns, PLLC, 5865 Ridgeway Center Parkway, Suite 300, Memphis, Tennessee 38120, and hereby files his *Motion to Withdraw as Counsel* in the above titled action and moves this Honorable Court for entry of an Order allowing Mr. Edgington to Withdraw as Counsel for Plaintiff, HM Florida-ORL, LLC (hereinafter "Plaintiff"). In support of his Motion to Withdraw as Counsel, Mr. Edgington states as follows:

1. Mr. Edgington was an attorney with the firm of Donati Law, PLLC, and represented Plaintiff in this matter while with Donati Law, PLLC.

2. On July 1, 2024, Mr. Edgington left the firm of Donati Law, PLLC, and moved his practice to Watson Burns, PLLC, located at 5865 Ridgeway Center Parkway, Suite 300, Memphis, Tennessee 38120.

3. Plaintiff has elected to continue to be represented by Melissa J. Stewart and the law firm of Donati Law, PLLC in the above-titled action.

4. Plaintiff does not oppose this motion.

5. No party will be prejudiced by the granting of this motion.

Respectfully submitted on this the 13th day of May 2025.

          BY: */s/Craig A. Edgington*
               Craig A. Edgington (TN Bar #38205)
               WATSON BURNS, PLLC
               5865 Ridgeway Center Parkway; Suite 300
               Memphis, Tennessee 38210
               Tel. (901) 529-7996
               Fax. (901) 877-4629
               cedgington@watsonburns.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all parties to this action via this Court's ECF filing system this 13th day of May 2025.

                                                  */s/Craig A. Edgington*