# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

HM FLORIDA-ORL, LLC,

        Plaintiff,

v.                                          Case No:   6:23-cv-950-GAP-LHP

MELANIE GRIFFIN,

        Defendant

---

## ORDER TO STRIKE

This cause came before the Court for consideration without oral argument on the filing of non-party Darren Dione Aquino's ("Aquino's") Notice of filing Amicus Curiae Brief. Doc. 75. However, Aquino's amicus curiae brief is untimely—this Court granted Plaintiff's Motion for Preliminary Injunction on June 24, 2023, and the Eleventh Circuit affirmed that ruling on May 13, 2025. *See* Doc. 30; Doc. 68. Consequently, Aquino's brief is moot.[1]

---

[1] Even if it were not, Aquino must solicit the consent of the parties or move this Court for permission to file an amicus curiae brief. *See In re Bayshore Ford Truck Sales, Inc.*, 471 F.3d 1233, 1249, n.34 (11th Cir. 2006) ("[D]istrict courts possess the inherent authority to appoint 'friends of the court' to assist in their proceedings."); *Florida by and through McCollum v. U.S. Dep't of Health & Human Servs.*, 2010 WL 11570635, *1 (N.D. Fla. Jun. 14, 2010) ("Although there are no formal rules or guidelines for the use of amicus curiae briefs in district courts, Rule 29 of the Federal Rules of Appellate Procedure and Rule 37 of the United States Supreme Court Rules govern amicus curiae briefs in those appellate proceedings, and they are instructive.").

- 2 -

Accordingly, it is **ORDERED** that, Aquino's Notice of filing Amicus Curiae Brief is hereby **STRICKEN** from the docket.

**DONE** and **ORDERED** in Orlando, Florida on May 16, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -