# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 01, 2025

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 23-12160-CC
Case Style: HM Florida-ORL, LLC v. Secretary of the Florida Department of Business
District Court Docket No: 6:23-cv-00950-GAP-LHP

The enclosed order has been entered on petition(s) for rehearing.

See Rule 41, Federal Rules of Appellate Procedure, and Eleventh Circuit Rule 41-1 for information regarding issuance and stay of mandate.

Under 11th Cir. R. 40-11, the effect of granting rehearing en banc is to vacate the previous opinion and judgment of this court and to stay the mandate.

You will be notified by subsequent correspondence of the schedule for filing en banc briefs, the issue(s) which the court wishes the parties to focus on in their briefs, and the page limitations on them. We will communicate with you at a later time regarding report time and time limitations on oral argument should this case be designated for oral argument.

Clerk's Office Phone Numbers
General Information:     404-335-6100    Attorney Admissions:            404-335-6122
Case Administration:     404-335-6135    Capital Cases:                  404-335-6200
CM/ECF Help Desk:        404-335-6125    Cases Set for Oral Argument:    404-335-6141

REHG-1 Ltr Order Petition Rehearing

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12160
_____

HM FLORIDA-ORL, LLC,

                                          *Plaintiff-Appellee,*

*versus*

GOVERNOR OF FLORIDA, et al.,

                                              *Defendants,*

SECRETARY OF THE FLORIDA DEPARTMENT OF
BUSINESS AND PROFESSIONAL REGULATION,

                                          *Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:23-cv-00950-GAP-LHP

_____

| | | |
|---|---|---|
| 2 | Order of the Court | 23-12160 |

Before William Pryor, Chief Judge, Jordan, Rosenbaum, Jill Pryor, Newsom, Branch, Grant, Luck, Lagoa, Brasher, Abudu, and Kidd, Circuit Judges.

BY THE COURT:

A petition for rehearing having been filed and a member of this Court in active service having requested a poll on whether this appeal should be reheard by the Court sitting en banc, and a majority of the judges in active service on this Court having voted in favor of granting rehearing en banc, IT IS ORDERED that this appeal will be reheard en banc. The panel's opinion is VACATED.