UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HM FLORIDA-ORL, LLC,

Plaintiff,

v. Case No.: 6:23-cv-00950-GAP-LHP

MELANIE GRIFFIN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE STATE DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION FOR THE STATE OF FLORIDA;

Defendants,
_______________________________/

## ORDER DIRECTING COMPLIANCE

This matter came before the Court without oral argument upon *sua sponte* review of the docket.

On May 30, 2024, this Court ordered the parties to "propose a Modified Scheduling Order **within ten days** upon the docketing of the Eleventh Circuit's decision on the merits of Defendant's appeal." Doc. 65 at 3 (emphasis original). On August 4, 2026, the Eleventh Circuit Court of Appeals docketed its Opinion vacating and remanding the Court's order granting Plaintiff's motion for preliminary injunction. Doc. 80; *see also* Doc. 30. The Eleventh Circuit (sitting *en banc* after initially affirming) determined that it "w[ould] not second-guess the Florida

Legislature's decision[,]" leaving Plaintiff with no likelihood of success on the merits of its claims. *See* Doc. 80 at 30.

As of October 14, 2026, the parties have failed to file a proposed Modified Scheduling Order (or any other acknowledgement of the Eleventh Circuit's ruling) as directed. *See* Doc. 65 at 3.

Accordingly, it is **ORDERED** that the parties **SHALL**, **on or before October 23, 2026**, file their proposal (if agreed upon) or proposals (if the parties do not agree) for moving forward with the case. Failure to comply with this Order may result in appropriate sanctions.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 14, 2026.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party