**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| HM FLORIDA-ORL, LLC,<br>Plaintiff<br>v.<br><br>THE STATE OF FLORIDA,<br>MELANIE GRIFFIN, in her<br>Official capacity as Secretary of THE<br>STATE DEPARTMENT OF BUSINESS<br>AND PROFESSIONAL REGULATION,<br>STATE OF FLORIDA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 6:23-cv-00950 |

---

**JOINT MOTION TO STAY PROCEEDINGS PENDING DISPOSITION OF PLAINTIFF'S PETITION FOR WRIT OF CERTIORARI**

---

Plaintiff, HM FLORIDA-ORL, LLC, and Defendant Melanie Griffin, in her official capacity as Secretary of the State Department of Business and Professional Regulation for the State of Florida, by and through counsel, file this Joint Motion to Stay Proceedings Pending Disposition of Plaintiff's Petition for Writ of Certiorari:

1. On May 30, 2024, this Court ordered the parties to "proposed a Modified Scheduling Order **within ten days** upon the docketing of the Eleventh Circuit's decision on the merits of Defendant's appeal." Doc. 65 at 3 (emphasis original)

2. On August 4, 2026, the Eleventh Circuit Court of Appeals docketed its Opinion vacating and remanding the Court's order granting Plaintiff's motion for preliminary injunction. Doc. 80.

3. On October 14, 2026, this Court noted that parties had not complied with its May 30, 2024 order, and ordered the parties to file their proposal for moving forward with the case no later than October 23, 2026. Doc. 82.

4. Plaintiff intends to file a petition for writ of certiorari before the Supreme Court of the United States, seeking reversal of the Eleventh Circuit's August 4, 2026, en banc Opinion.

5. Counsel for both parties have conferred and agree that the best course of action is to stay proceedings before this Court, pending disposition of Plaintiff's cert petition and, should cert be granted, the disposition of the appeal on the merits.

6. Accordingly, the parties respectfully request that this Court stay all proceedings in this matter, pending disposition of Plaintiff's cert petition and, should cert be granted, disposition of the appeal.

7. Parties agree that within ten days of a final order denying certiorari, or within ten days of the Supreme Court docketing a decision on the merits of this case, parties shall propose a Modified Scheduling Order to this Court.

October 23, 2026

Respectfully submitted,

*/s/ Melissa J. Stewart*
MELISSA J. STEWART, *Pro Hac Vice*
1545 Union Ave.
Memphis, TN 38104
(901) 278-1004 – Telephone
(901) 278-3111 – Facsimile

*Counsel for Plaintiff*

/s/ *Nathan A. Forrester*
Nathan A. Forrester (FBN 1045107)
CHIEF DEPUTY SOLICITOR GENERAL
William H. Stafford III (FBN 70394)
SPECIAL COUNSEL
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Nathan.Forrester@myfloridalegal.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served upon all parties to this action via the court's ECF filing system this 23rd day of October, 2026.

*/s/ Melissa J. Stewart*