UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HM FLORIDA-ORL, LLC,

Plaintiff,

v. Case No.: 6:23-cv-00950-GAP-LHP

RON DESANTIS, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY AS GOVERNOR OF FLORIDA; MELANIE GRIFFIN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE STATE DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION FOR THE STATE OF FLORIDA; AND STATE OF FLORIDA,

Defendants,
_________________________________/

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

**MOTION: Joint Motion to Stay Proceeding Pending Disposition of Plaintiff's Petition for Writ of Certiorari (Doc. 83)**

**FILED: October 23, 2026**

---

**THEREON** it is **ORDERED** that the motion is **GRANTED.** The case is **STAYED** pending further order of the Court. The parties shall file a

modified case management and scheduling report within 10 days after disposition by the Supreme Court.

**DONE** and **ORDERED** in Orlando, Florida on October 26, 2026.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties